Patrick S. Thompson (SBN 160804)
*pthompson@goodwinprocter.com*
Anna Hsia (SBN 234179)
*ahsia@goodwinprocter.com*
Audrey M. Lin (SBN 271671)
*alin@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant
*Twilio, Inc., a Delaware Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation, GROUPME, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV11-2584 PJH<br><br>**DEFENDANT TWILIO, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PERSONS UNDER LOCAL CIVIL RULE 3-16** |

| | |
|---|---|
| 1 | **DISCLOSURE STATEMENT** |
| 2 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Twilio, Inc. certifies, through |
| 3 | the undersigned counsel, that is has no parent corporation and no publicly held corporation owns |
| 4 | 10% or more of its stock. |
| 5 | **CERTIFICATION OF INTERESTED PARTIES** |
| 6 | Pursuant to Civil L.R. 3-16, Twilio, Inc. certifies that as of this date, other than the name |
| 7 | parties, there is no such interest to report. |

Dated: August 25, 2011                Respectfully submitted,

By: /s/ Patrick S. Thompson
    Patrick S. Thompson
    *pthompson@goodwinprocter.com*
    Anna Hsia
    *ahsia@goodwinprocter.com*
    Audrey M. Lin
    *alin@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
    San Francisco, California  94111
    Tel.:  415.733.6000
    Fax:  415.677.9041

*Attorneys for Defendant
Twilio, Inc., a Delaware Corporation*

# PROOF OF SERVICE

I, Randolph Roque, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On August 25, 2011, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**DEFENDANT TWILIO, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PERSONS UNDER LOCAL CIVIL RULE 3-16**

| | |
|---|---|
| Sean Patrick Reis<br>EDELSON MCGUIRE, LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688 | Counsel for Plaintiff *BRIAN GLAUSER*<br>Tel. 949-459-2124<br>Fax. 949-459-2123<br>E-Mail: sreis@edelson.com |
| Christopher L. Dore<br>Jay Edelson<br>Rafey Sarkis Balabanian<br>EDELSON MCGUIRE, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654 | Counsel for Plaintiff *BRIAN GLAUSER*<br>Tel. 312-589-6370<br>Fax. 312-589-6378<br>E-Mail: cdore@edelson.com<br>E-Mail: jedelson@edelson.com<br>E-Mail: rbalabanian@edelson.com |
| Renuka Rebecca George<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304 | Counsel for Defendant *GROUPME, INC.*<br>Tel. 650-493-9300<br>Fax. 650-565-5100<br>E-Mail: RGeorge@wsgr.com |
| Gerard M. Stegmaier<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K. Street, NW, 5th Floor<br>Washington, D.C. 20006-3817 | Counsel for Defendant *GROUPME, INC.*<br>Tel: 202-973-8800<br>Fax: 202-973-8899<br>E-Mail: gstegmaier@wsgr.com |
| Tonia Maria Ouellette Klausner<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022 | Counsel for Defendant *GROUPME, INC.*<br>Tel: 212-999-5800<br>Fax: 212-999-5899<br>E-Mail: tklausner@wsgr.com |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

| | | |
|---|---|---|
| 1 | ☒ | (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se." |
| | ☐ | (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail. |
| | ☐ | (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for. |
| | ☐ | (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover. |
| | ☐ | (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| | ☐ | (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct. Executed on August 25, 2011, at Los Angeles, California.

Randolph Roque
(Type or print name)

*/s/ Randolph Roque*
(Signature)

ii

PROOF OF SERVICE                                                    Case No. CV11-2584 PJH