1 | RENU R. GEORGE, CA State Bar No. 259962
WILSON SONSINI GOODRICH & ROSATI
2 | Professional Corporation
650 Page Mill Road
3 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
4 | Facsimile: (650) 565-5100
Email: RGeorge@wsgr.com

5

TONIA OUELLETTE KLAUSNER, (*Pro hac vice*)
6 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
7 | 1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
8 | Telephone: (212) 999-5800
Facsimile: (212) 999-5899
9 | Email: TKlausner@wsgr.com

10 | GERARD M. STEGMAIER, (*Pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
11 | Professional Corporation
1700 K Street, NW, Fifth Floor
12 | Washington, D.C. 20006-3817
Telephone: (202) 973-8800
13 | Facsimile: (202) 973-8899
Email: GStegmaier@wsgr.com

14

Attorneys for Defendant
15 | GroupMe, Inc.

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | OAKLAND DIVISION

19

20 | BRIAN GLAUSER, individually and on behalf of all others similarly situated, ) CASE NO.: 4:11-cv-02584-PJH

21 | Plaintiffs, ) **DEFENDANT GROUPME, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS, STAY OR TRANSFER**

22 | v.

23 | TWILIO, INC., a Delaware corporation,
GROUPME, INC., a Delaware corporation, ) Complaint Filed: May 27, 2011

24 | Defendant. ) Date:  October 12, 2011
Time:  9:00 am

25 | Courtroom: 3,
Judge: Hon. Phyllis J. Hamilton

26

27

28

GROUPME, INC.'S REQUEST FOR JUD. NOTICE ISO
OF ITS MOTION TO DISMISS, STAY OR TRANSFER
CASE NO. 4:11-cv-02584-PJH

Defendant GroupMe, Inc. ("GroupMe") hereby respectfully requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the documents, referenced below, which are submitted as exhibits to the Declaration of Tonia Ouellette Klausner, dated August 25, 2011, in Support of GroupMe's Motion to Dismiss, Stay or Transfer.

| | |
|---|---|
| Ex. B | Senate Congressional Record, Proceedings and Debates of the 102nd Congress, on November 26, 1991 regarding the Automated Telephone Consumer Protection Act, 137 Cong. Rec. S18317-01 (1991). |
| Ex. C | Telephone Advertising Regulation Act, House Report No. 101–633 (1990) |
| Ex. D | Telephone Consumer Protection Act of 1991, Senate Report No. 102-178 (1991) |
| Ex. E | Telephone Consumer Protection Act of 1991, House Report No. 102-317 (1991) |
| Ex. F | Senate Congressional Record, Proceedings and Debates of the 102nd Congress, on November 27, 1991 regarding the Automated Telephone Consumer Protection Act, 137 Cong. Rec. S18781-02 (1991). |
| Ex. G | Federal Communication Commission's ("FCC") Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 7 FCC Rcd 8752 (1992). |
| Ex. H | FCC's Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 18 FCC Rcd 14014 (Report and Order, 2003) |
| Ex. I | FCC's Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 19 FCC Rcd 19215 (Order, 2004) |
| Ex. J | FCC Public Notice, 24 FCC Rcd 13635 (CGB 2009) |
| Ex. K | FCC's Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, Notice of Proposed Rulemaking and Memorandum Opinion and Order, 17 FCC Rcd 17459 (2002). |
| Ex. L | FCC's Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, CG Docket No. 02-278, Notice of Proposed Rulemaking, 25 FCC Rcd 1501 (2010) |
| Ex. M | Soundbite Communications Comments, CG Docket No. 02-278 (filed May 21, 2010) |

| | | |
|---|---|---|
| Ex. N | | Reply Comments of J.P. Morgan Chase & Co., CG Docket No. 27-278 (filed June 21, 2010) |
| Ex. O | | Notice of *Ex Parte* Presentation to Marlene Dortch, FCC, from Michele Farquhar, Counsel to Encore Capital Group, Inc., (filed May 5, 2011) |
| Ex. P | | Reply Comments of CTIA, CG Docket No. 02-278 (filed June 21, 2010) |
| Ex. Q | | Comments of Sprint Nextel, CG Docket No. 02-278 (filed May 21, 2010) |
| Ex. R | | Reply Comments of PRA, CG Docket No. 02-278 (filed June 21, 2010) |
| Ex. S | | Reply Comments of the Cargo Airline Association, CG Docket No. 02-278 (filed June 21, 2010) |
| Ex. T | | Comments of the United Parcel Service, Inc. in Response to Global Tel*Link Corporations Petition for Declaratory Ruling (filed July 15, 2010) |
| Ex. U | | Comments of Wells Fargo & Co., (filed May 21, 2010) |

Judicial notice of Exhibits B-U is appropriate because Exhibits B-U are legislative histories of a statute, governmental reports, and/or documents that are administered by or publicly filed with the administrative agency that are not subject to reasonable dispute and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(B); *see also Lemperle v. Wash. Mut. Bank*, No. 10-cv-1550, 2010 WL 3958729, at *3 (S.D. Cal. Oct. 7, 2010) ("Judicial notice . . . is also appropriate because government reports and publications . . . [are] judicially noticeable."). The court may take also take judicial notice of these documents because they are legislative histories of statutes, which would include Exhibits B-F, and documents administered by or filed with and administrative agency, such as Exhibits G-U. *See Rocky Mtn. Farmers Union v. Goldstene*, 719 F. Supp. 2d 1170, 1186 (E.D. Cal. 2010) (legislative histories); *Northwest Envtl. Advocates v. EPA*, 537 F.3d 1006, 1026–27 (9th Cir. 2008) (taking judicial notice of contents of EPA's request for public comment); *see also Moore v. Verizon Commc'ns, Inc.*, No. 09-1823, 2010 WL 3619877, at *3 (N.D. Cal. Sept. 10, 2010) (taking judicial notice of published decisions, orders, and policy statements of the FCC); *Greene v. T–Mobile USA, Inc.*, No. 07-1563, 2008 WL

351017, at *2 (W.D. Wash. Feb. 7, 2008) (taking judicial notice of comments and petitions filed with the FCC).

## CONCLUSION

For the foregoing reasons, GroupMe requests that the Court consider the above-referenced documents in connection with GroupMe's Motion to Dismiss, Stay or Transfer.

DATED: August 25, 2011                          Respectfully submitted,

                                                 WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation

                                                 By: */s/* Renu R. George
                                                            Renu R. George

                                               *Attorneys for Defendant GroupMe, Inc.*