1   Patrick S. Thompson (SBN 160804)
    *pthompson@goodwinprocter.com*
2   Anna Hsia (SBN 234179)
    *ahsia@goodwinprocter.com*
3   Audrey M. Lin (SBN 271671)
    *alin@goodwinprocter.com*
4   **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
5   San Francisco, California  94111
    Tel.:  415.733.6000
6   Fax:  415.677.9041

7   Attorneys for Defendant
    *Twilio, Inc., a Delaware Corporation*

8

9                       **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                              **OAKLAND DIVISION**

12

13   BRIAN GLAUSER, individually and on behalf    Case No. CV11-2584 PJH
     of all others similarly situated,
14                                                 **[PROPOSED] ORDER GRANTING
                   Plaintiff,                      STIPULATION TO CONTINUE CASE
15                                                 MANAGEMENT CONFERENCE**
           v.
16                                                 Date:         September 15, 2011
     TWILIO, INC., a Delaware corporation,         Time:         2:00 p.m.
17   GROUPME, INC., a Delaware corporation,        Courtroom:    3
                                                   Judge:        Hon. Phyllis J. Hamilton
18                 Defendants.

19

20

21

22

23

24

25

26

27

28

---

1

**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT**
**CONFERENCE**

2

3

The parties' August 30, 2011 Stipulation to Continue the September 15, 2011 Case

Management Conference, having been presented to the Court for approval; and the Court having

4

read and considered the Stipulation presented by the parties for approval; and good cause

5

appearing therefore, order that the Case Management Conference is continued to September 22,

6

2011.

7

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9

DATED: ___8/31/11_____          _____

10

The Honorable PHYLLIS J. HAMILTON
District Judge

11

IT IS SO ORDERED

Judge Phyllis J. Hamilton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1

## PROOF OF SERVICE

2
    I, Randolph Roque, declare:

3
    I am employed in the County of Los Angeles, State of California.  I am over the age of 18

4
and not a party to the within action.  My business address is 601 South Figueroa Street, 41st Floor,

5
Los Angeles, California 90017.

6
    On August 30, 2011, I served the following documents by placing a true copy thereof in a

7
sealed envelope(s) on the persons below as follows:

8
**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

9

10
Sean Patrick Reis
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688

Counsel for Plaintiff *BRIAN GLAUSER*
Tel. 949-459-2124
Fax. 949-459-2123
E-Mail: sreis@edelson.com

11

12
Christopher L. Dore
Jay Edelson
Rafey Sarkis Balabanian
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

Counsel for Plaintiff *BRIAN GLAUSER*
Tel. 312-589-6370
Fax. 312-589-6378
E-Mail: cdore@edelson.com
E-Mail: jedelson@edelson.com
E-Mail: rbalabanian@edelson.com

13

14

15
Renu Rebecca George
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

Counsel for Defendant *GROUPME, INC.*
Tel. 650-493-9300
Fax. 650-565-5100
E-Mail: RGeorge@wsgr.com

16

17

18
Gerard M. Stegmaier
WILSON SONSINI GOODRICH & ROSATI
1700 K. Street, NW, 5th Floor
Washington, D.C. 20006-3817

Counsel for Defendant *GROUPME, INC.*
Tel: 202-973-8800
Fax: 202-973-8899
E-Mail: gstegmaier@wsgr.com

19

20
Tonia Maria Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

Counsel for Defendant *GROUPME, INC.*
Tel: 212-999-5800
Fax: 212-999-5899
E-Mail: tklausner@wsgr.com

21

22

23

24
☐    (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

25

26

27

28

PROOF OF SERVICE                                                 Case No. CV11-2584 PJH

1    ☑    (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set

2        forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The

3        NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to

4        any document served in the traditional manner upon any party appearing pro se."

5    ☐    (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting

6        and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the

7        United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for

8        receipt of Express Mail.

9    ☐    (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver

10       authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service

11       carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

12    ☐    (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a

13       professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

14    ☐    (FACSIMILE) Based on an agreement of the parties to accept service by fax

15       transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax

16       transmission, which I printed out, is attached.

17    ☐    (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the

18       documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other

19       indication that the transmission was unsuccessful.

20       I declare under penalty of perjury that I am employed in the office of a member of the bar

21 of this Court at whose direction this service was made and that the foregoing is true and correct.

22 Executed on August 30, 2011, at Los Angeles California.

23

24

25           Randolph Roque

26           (Type or print name)                         (Signature)

27

28

---

PROOF OF SERVICE                                         Case No. CV11-2584 PJH