UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN GLAUSER,

    Plaintiff(s),

    v.

TWILIO, INC. and GROUPME, INC.,

    Defendant(s).

_____/

No. C 11-2584 PJH

**ORDER RE ADMINISTRATIVE MOTIONS**

    Before the court are the administrative motions of defendant GROUPME, Inc., to continue the September 22, 2011, date for initial case management conference and for leave to appear at the case management conference by telephone. Given that the pleadings are unsettled, the request for a continuance is GRANTED. The case management conference will be held on **December 1, 2011, at 2:00 p.m.** As no reason was given for the request to appear telephonically, the court cannot determine if the request was based on a conflict with lead counsel's schedule with the prior date or if lead counsel is seeking to be relieved of appearing on any date, in favor of local counsel. The request is DENIED. If there is a conflict with the date, counsel may submit a stipulation for an appearance on any Thursday at 2:00 in December except December 22, 2011.

    With regard to defendants' motions set for hearing on October 12, 2011, the court requires each defendant either to withdraw the motion to dismiss the initial complaint in view of the amended complaint filed on September 15, 2011, or to advise the court that it seeks to go forward with the motion, and the reasons therefore, no later than September 21, 2011.

    **IT IS SO ORDERED.**

Dated: September 19, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge