1  RENU R. GEORGE, CA State Bar No. 259962
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
4  Facsimile:   (650) 565-5100
   Email: RGeorge@wsgr.com
5
   TONIA OUELLETTE KLAUSNER, (*Pro hac vice*)
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  1301 Avenue of the Americas 40th Floor
   New York, NY  10019-6022
8  Telephone:  (212) 999-5800
   Facsimile:   (212) 999-5899
9  Email: TKlausner@wsgr.com

10 GERARD M. STEGMAIER, (*Pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
11 Professional Corporation
   1700 K Street, NW, Fifth Floor
12 Washington, D.C. 20006-3817
   Telephone:  (202) 973-8800
13 Facsimile:   (202) 973-8899
   Email: GStegmaier@wsgr.com
14
   Attorneys for Defendant
15 GROUPME, INC.

16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                           OAKLAND DIVISION

20 | BRIAN GLAUSER, individually and on behalf of all others similarly situated, | CASE NO.:  4:11-cv-02584-PJH |
|---|---|
|        Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
|     v. | |
| TWILIO, INC., a Delaware corporation, GROUPME, INC., a Delaware corporation, | Complaint Filed: May 27, 2011 Date:            December 1, 2011 Time:            2:00 p.m. Courtroom:    3 Judge:           Hon. Phyllis J. Hamilton |
|        Defendants. | |

27
28

1  **[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

2  The parties' September 21, 2011 Stipulation to Continue the December 1, 2011 Case
3  Management Conference, having been presented to the Court for approval; and the Court having
4  read and considered the Stipulation presented by the parties for approval; and good cause
5  appearing therefore, order that the Case Management Conference is continued to December 8,
6  2011.

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8
9  DATED: 9/22/11

10  _____
11  THE HONORABLE PHYLLIS J. HAMILTON
    United States District Judge



[PROPOSED] ORDER GRANTING            -1-
STIPULATION TO CONTINUE CMC
CASE NO. 4:11-CV-02584-PJH