1   BRYAN A. MERRYMAN (SBN 134357)
    J. JONATHAN HAWK (SBN 254350)
2   WHITE & CASE LLP
    633 W. Fifth Street, Suite 1900
3   Los Angeles, CA  90071-2007
    Telephone: (213) 620-7700
4   Facsimile:  (213) 452-2329
    Email:  bmerryman@whitecase.com
5   Email:  jhawk@whitecase.com

6   JEREMY OSTRANDER (SBN 233489)
    WHITE & CASE LLP
7   5 Palo Alto Square, 9th Floor
    3000 El Camino Real
8   Palo Alto, CA  94306
    Telephone: (650) 213-0300
9   Facsimile:  (650) 213-8158
    Email:  jostrander@whitecase.com

10

    Attorneys for Defendant
11  GROUPME, INC.

12  SEAN P. REIS (SBN 184044)
    EDELSON MCGUIRE LLP
13  30021 Tomas Street, Suite 300
    Rancho Santa Margarita, CA 92688
14  Telephone:     (949) 459-2124
    Facsimile:     (949) 459-2123
15  Email:  sreis@edelson.com

16  JAY EDELSON (Admitted *Pro Hac Vice*)
    RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
17  CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
    EDELSON MCGUIRE LLP
18  350 North LaSalle Street, Suite 1300
    Chicago, IL 60654
19  Telephone:     (312) 589-6370
    Facsimile:     (312) 589-6378
20  Email:  jedelson@edelson.com
    Email:  rbalabanian@edelson.com
21  Email:  cdore@edelson.com

22  Attorneys for Plaintiff and Putative Classes

23              **UNITED STATES DISTRICT COURT**

24              **NORTHERN DISTRICT OF CALIFORNIA**

25                    **OAKLAND DIVISION**

| | |
|---|---|
| 26  BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals, | CASE NO. 4:11-cv-02584-PJH |
| 27 | |
|           Plaintiffs, | **JOINT STIPULATION EXTENDING DEFENDANT GROUPME, INC.'S TIME** |
| 28 | |

| | | |
|---|---|---|
| 1 | | **TO RESPOND TO AMENDED** |
| 2 | v. | **COMPLAINT** |
| 3 | TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation, | |
| 4 | | Complaint Filed: May 27, 2011 |
| | | Trial Date:       None set. |
| 5 | Defendants. | |

6

7       Pursuant to Local Rule 6-1, Plaintiff Brian Glauser, individually and on behalf of a class

8   of similarly situated individuals ("Plaintiff"), and Defendant GroupMe, Inc. ("GroupMe")

9   (collectively referred to herein as the "Parties"), by and through their respective counsel of

10  record, hereby stipulate to grant GroupMe an extension of time to respond to the Amended

11  Complaint as set forth below:

12       WHEREAS, on May 27, 2011, Plaintiff filed a putative class action Complaint against

13  Defendants GroupMe and Twilio, Inc. ("Twilio"), alleging violations of the Telephone Consumer

14  Protection Act of 1991, 47 U.S.C. § 227, *et seq.* (the "TCPA");

15       WHEREAS, GroupMe and Twilio responded to the Complaint on August 25, 2011 and

16  August 28, 2011, respectively, filing motions to dismiss, stay or transfer;

17       WHEREAS, Plaintiff responded to the motions on September 8, 2011, stating he would

18  file an Amended Complaint;

19       WHEREAS, Plaintiff filed an Amended Complaint against GroupMe and Twilio on

20  September 15, 2011, alleging violations of the TCPA;

21       WHEREAS, pursuant to Federal Rule of Civil Procedure 15, GroupMe's response to the

22  Amended Complaint is currently due on September 29, 2011;

23       WHEREAS, on September 26, 2011, GroupMe substituted White & Case LLP in as

24  counsel;

25       WHEREAS, on September 26, 2011, GroupMe filed an *Ex Parte* Motion For An Order

26  Extending Time to Respond to Amended Complaint Due to Substitution of Counsel (the "*Ex*

27  *Parte* Motion");

28       WHEREAS, Twilio did not oppose the *Ex Parte* Motion;

1    WHEREAS, Plaintiff filed his opposition to the *Ex Parte* Motion on September 27, 2011;

2    WHEREAS, in the interests of justice and in an effort to enhance judicial efficiency and

3  preserve resources, Plaintiff desires to grant GroupMe an extension of one week's time to respond

4  to the Amended Complaint and GroupMe, in turn, desires to withdraw the *Ex Parte* Motion;

5    WHEREAS, this extension is not sought for any improper purpose;

6    WHEREAS, the extension of time sought will not alter the date of any event or deadline

7  already fixed by Court Order.

8    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the

9  time in which GroupMe shall respond to the Amended Complaint in this action shall be continued

10  to Thursday, October 6, 2011, and Defendant withdraws the *Ex Parte* Motion.

11

12                          Respectfully submitted,

13

14  Dated:  September 28, 2011          WHITE & CASE LLP

15

16                          By:___/s/ J. Jonathan Hawk_____
                                 J. Jonathan Hawk
17                               Attorneys for Defendant GroupMe, Inc.

18  Dated:  September 28, 2011          EDELSON MCGUIRE LLP

19

20                          By:___/s/ Rafey S. Balabanian_____
                                 Rafey S. Balabanian
21                               Attorneys for Plaintiff Brian Glauser

22

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED

25

26  DATED:  September _29_, 2011

27

28

1

## DECLARATION OF J. JONATHAN HAWK

2        I, J. Jonathan Hawk, am one of the attorneys of record for Defendant GroupMe, Inc.

3   Rafey S. Balabanian, attorney of record for Plaintiff Brian Glauser, gave me concurrence in the

4   filing of the document titled "JOINT STIPULATION EXTENDING DEFENDANT

5   GROUPME'S TIME TO RESPOND TO AMENDED COMPLAINT," which concurrence shall

6   serve in lieu of his signature on that filed document.  I have obtained and will maintain records to

7   support this concurrence for subsequent production for the Court if so ordered or for inspection

8   upon request by a party until one year after final resolution of the action (including appeal, if

9   any).

10

11  Dated:  September 28, 2011                    WHITE & CASE LLP

12

13                                               By:____/s/ J. Jonathan Hawk_____
                                                      J. Jonathan Hawk
14                                                    Attorneys for Defendant GroupMe, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28