1  Patrick S. Thompson (SBN 160804)
   *pthompson@goodwinprocter.com*
2  Anna Hsia (SBN 234179)
   *ahsia@goodwinprocter.com*
3  Audrey M. Lin (SBN 271671)
   *alin@goodwinprocter.com*
4  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
5  San Francisco, California  94111
   Tel.: 415.733.6000
6  Fax: 415.677.9041

7  *Attorneys for Defendant*
   *Twilio, Inc., a Delaware Corporation*
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **OAKLAND DIVISION**
12

13  BRIAN GLAUSER, individually and on behalf    Case No. CV11-2584 PJH
    of all others similarly situated,
14                                                **AMENDED NOTICE OF MOTION TO**
                    Plaintiff,                    **DISMISS FIRST AMENDED CLASS**
15                                                **ACTION COMPLAINT**
            v.
                                                  Date:       January 25, 2012
16  TWILIO, INC., a Delaware corporation,         Time:       9:00 a.m.
    GROUPME, INC., a Delaware corporation,        Courtroom:  3
17                                                Judge:      Hon. Phyllis J. Hamilton
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

**AMENDED NOTICE OF MOTION TO DISMISS**

**FIRST AMENDED CLASS ACTION COMPLAINT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 25, 2012 at 9:00 a.m., or as soon thereafter as counsel may be heard in the above entitled court, before the Honorable Phyllis J. Hamilton, United States District Judge, in Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, CA 94612, defendant Twilio, Inc. ("Twilio") will and hereby does move the Court, for an Order dismissing with prejudice all claims asserted against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant seeks dismissal on grounds that plaintiff fails to state a plausible cause of action with the specificity required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009). In the alternative, if the Court declines to dismiss the Complaint against Twilio, the Court should refer this matter to the Federal Communications Commission ("FCC") under the doctrine of primary jurisdiction.

Twilio's original Notice of Motion stated that the hearing would take place on November 30, 2011. *See* Dkt. #46. However, due to the Court's unavailability until early 2012, Twilio is re-noticing this motion for January 25, 2012.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

1

1  The motion is based upon this Amended Notice of Motion; the Memorandum of Points and Authorities filed on September 29, 2011; the Request for Judicial Notice filed on September 29, 2011; and the papers and pleadings on file with the Court, including any reply papers to be filed; and such other written or oral argument as may be presented at the hearing on this Motion.

Dated: September 30, 2011

Respectfully submitted,

By: /s/ Patrick S. Thompson
Patrick S. Thompson
pthompson@goodwinprocter.com
Anna Hsia
ahsia@goodwinprocter.com
Audrey M. Lin
alin@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

*Attorneys for Defendant*
*Twilio, Inc., a Delaware Corporation*

AMENDED NOTICE OF MOTION TO DISMISS
FIRST AMENDED CLASS ACTION COMPLAINT

Case No. CV11-2584 PJH

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Stephanie M. Toribio, declare: |
| 3 | I am employed in the County of Suffolk, Massachusetts. I am over the age of 18 and not a |
| 4 | party to the within action. My business address is Exchange Place, 53 State Street, Boston, MA |
| 5 | 02109 |
| 6 | On September 30, 2011, I served the following documents by placing a true copy thereof |
| 7 | in a sealed envelope(s) on the persons below as follows: |

**AMENDED NOTICE OF MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

| | |
|---|---|
| Sean Patrick Reis<br>EDELSON MCGUIRE, LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688 | Counsel for Plaintiff *BRIAN GLAUSER*<br>Tel. 949-459-2124<br>Fax. 949-459-2123<br>E-Mail: sreis@edelson.com |
| Christopher L. Dore<br>Jay Edelson<br>Rafey Sarkis Balabanian<br>EDELSON MCGUIRE, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654 | Counsel for Plaintiff *BRIAN GLAUSER*<br>Tel. 312-589-6370<br>Fax. 312-589-6378<br>E-Mail: cdore@edelson.com<br>E-Mail: jedelson@edelson.com<br>E-Mail: rbalabanian@edelson.com |
| BRYAN A. MERRYMAN<br>WHITE & CASE LLP<br>633 W. Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007 | Counsel for Defendant *GROUPME, INC.*<br>Tel. 213-620-7700<br>Fax. 213-452-2329<br>E-Mail: bmerryman@whitecase.com |
| J. JONATHAN HAWK<br>WHITE & CASE LLP<br>633 W. Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007 | Counsel for Defendant *GROUPME, INC.*<br>Tel. 213-620-7700<br>Fax. 213-452-2329<br>E-Mail: jhawk@whitecase.com |
| JEREMY OSTRANDER<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306 | Counsel for Defendant *GROUPME, INC.*<br>Tel: 650-213-0300<br>Fax: 650-213-8158<br>E-Mail: jostrander@whitecase.com |

☐   (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

i

PROOF OF SERVICE                                                                 Case No. CV11-2584 PJH

|   |   |   |
|---|---|---|
| 1 | ☑ | (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se." |
| 5 | ☐ | (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail. |
| 9 | ☐ | (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for. |
| 12 | ☐ | (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover. |
| 14 | ☐ | (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| 17 | ☐ | (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on September 30, 2011, at Boston, Massachusetts.

_____          _____
Stephanie M. Toribio                                        (Signature)
(Type or print name)

ii

PROOF OF SERVICE                                                     Case No. CV11-2584 PJH