| | |
|---|---|
| BRYAN A. MERRYMAN (134357)<br>J. JONATHAN HAWK (254350)<br>WHITE & CASE LLP<br>633 W. Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br>Email: bmerryman@whitecase.com<br>Email: jhawk@whitecase.com<br><br>BIJAL VAKIL (192878)<br>JEREMY OSTRANDER (233489)<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>Email: bvakil@whitecase.com<br>Email: jostrander@whitecase.com<br><br>Attorneys for Defendant<br>GROUPME, INC. | SEAN P. REIS (184044)<br>EDELSON MCGUIRE LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123<br>Email: sreis@edelson.com<br><br>JAY EDELSON (*PHV*)<br>RAFEY S. BALABANIAN (*PHV*)<br>CHRISTOPHER L. DORE (*PHV*)<br>EDELSON MCGUIRE LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>Email: jedelson@edelson.com<br>Email: rbalabanian@edelson.com<br>Email: cdore@edelson.com<br><br>Attorneys for Plaintiff and Putative<br>Classes |

PATRICK S. THOMPSON (160804)
ANNA HSIA (234179)
AUDREY M. LIN (271671)
*ahsia@goodwinprocter.com*
*alin@goodwinprocter.com*
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor,
San Francisco, CA 94111
415-733-6000
Fax: 415-677-9041
Email: pthompson@goodwinprocter.com
Email: ahsia@goodwinprocter.com
Email: alin@goodwinprocter.com

Attorneys for Defendant TWILIO, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals,<br><br>                              Plaintiffs,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation,<br><br>                              Defendants. | Case No. 4:11-cv-02584-PJH<br><br>**JOINT STIPULATION EXTENDING THE PARTIES' BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT**<br><br>Complaint Filed: May 27, 2011<br>Trial Date:      None set. |

Pursuant to Local Rule 6-1, Plaintiff Brian Glauser, individually and on behalf of a class of similarly situated individuals ("Plaintiff"), and Defendants GroupMe, Inc. ("GroupMe") and Twilio, Inc. (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to modify the Parties' briefing schedule as it pertains to both Defendants' Motions to Dismiss the Amended Complaint as follows:

WHEREAS, on September 15, 2011, Plaintiff filed his amended complaint against GroupMe and Twilio alleging violations of the TCPA.

WHEREAS, on September 29, 2011, this Court entered an order extending Defendant GroupMe's time to respond to Plaintiff's amended Complaint.

WHEREAS, on September 29, 2011, Twilio moved to dismiss the amended complaint.

WHEREAS, on October 6, 2011, GroupMe also moved to dismiss the amended complaint.

WHEREAS, pursuant to L.R. 7-3(a), the deadline to file any opposition to Twilio's motion is October 13, 2011, and the deadline to file any opposition to GroupMe's motion is October 20, 2011.

WHEREAS, in the interests of justice and in an effort to enhance judicial efficiency and preserve resources, the Parties have agreed to extend Plaintiff's time to file his opposition to Twilio's motion by one-week, to October 20, 2011, to correspond with the deadline to file his opposition to GroupMe's motion.  The Parties have further agreed to extend Defendants' deadline to file any reply brief to November 3, 2011.

WHEREAS, this extension is not sought for any improper purpose.

WHEREAS, the extension of time sought will not alter the date of any event or deadline already fixed by Court Order.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE, subject to the approval of the Court, that:

1. Plaintiff shall have until October 20, 2011, to file any opposition papers to Defendants Twilio's and GroupMe's respective motions to dismiss;

2. Defendants shall have until November 3, 2011, to file any reply papers in support of their respective motions to dismiss.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 12, 2011 | WHITE & CASE LLP |
|   | By: /s/ J. Jonathan Hawk<br>J. Jonathan Hawk<br>Attorneys for Defendant GroupMe, Inc. |
| Dated: October 12, 2011 | EDELSON MCGUIRE LLC |
|   | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian<br>Attorneys for Plaintiff Brian Glauser |
| Dated: October 12, 2011 | GOODWIN PROCTER LLP |
|   | By: /s/ Patrick S. Thompson<br>Patrick S. Thompson<br>Attorneys for Defendant Twilio, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 14, 2011

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I, Christopher L. Dore, an attorney, hereby certify that on October 12, 2011, I served the above and foregoing *Joint Stipulation Extending the Parties' Briefing Schedule on Defendants' Motions to Dismiss Amended Complaint*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/  Christopher L. Dore