| | |
|---|---|
| 1 | BRYAN A. MERRYMAN (SBN 134357) |
|   | J. JONATHAN HAWK (SBN 254350) |
| 2 | WHITE & CASE LLP |
|   | 633 W. Fifth Street, Suite 1900 |
| 3 | Los Angeles, CA  90071-2007 |
|   | Telephone:  (213) 620-7700 |
| 4 | Facsimile:   (213) 452-2329 |
|   | Email:  bmerryman@whitecase.com |
| 5 | Email:  jhawk@whitecase.com |
| 6 | JEREMY OSTRANDER (SBN 233489) |
|   | WHITE & CASE LLP |
| 7 | 5 Palo Alto Square, 9th Floor |
|   | 3000 El Camino Real |
| 8 | Palo Alto, CA  94306 |
|   | Telephone:  (650) 213-0300 |
| 9 | Facsimile:   (650) 213-8158 |
|   | Email: jostrander@whitecase.com |
| 10 | |
|    | Attorneys for Defendant |
| 11 | GROUPME, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals, | CASE NO. 4:11-cv-02584-PJH |
| Plaintiffs, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT GROUPME, INC. AND [P~~ROPOSED~~] ORDER** |
| v. | |
| TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation, | |
| | Complaint Filed: May 27, 2011 |
| Defendants. | Trial Date:        None Set |

1  PLEASE TAKE NOTICE that Defendant GroupMe, Inc. has retained White & Case LLP to substitute as counsel for Wilson, Sonsini, Goodrich & Rosati, P.C., in the above-captioned matter.

Withdrawing counsel for GroupMe, Inc. are:

>RENU R. GEORGE (SBN 259962)
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>Telephone:  (650) 493-9300
>Facsimile:   (650) 565-5100
>Email: RGeorge@wsgr.com
>
>TONIA OUELLETTE KLAUSNER (Admitted *Pro hac vice*)
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>1301 Avenue of the Americas, 40th Floor
>New York, NY  10019-6022
>Telephone:  (212) 999-5800
>Facsimile:   (212) 999-5899
>Email: TKlausner@wsgr.com
>
>GERARD M. STEGMAIER (Admitted *Pro hac vice*)
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>1700 K Street, NW, Fifth Floor
>Washington, D.C. 20006-3817
>Telephone:  (202) 973-8800
>Facsimile:   (202) 973-8899
>Email: GStegmaier@wsgr.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for GroupMe, Inc.:

>BRYAN A. MERRYMAN (SBN 134357)
>J. JONATHAN HAWK (SBN 254350)
>WHITE & CASE LLP
>633 W. Fifth Street, Suite 1900
>Los Angeles, CA  90071-2007
>Telephone:(213) 620-7700
>Facsimile: (213) 452-2329
>Email:  bmerryman@whitecase.com
>Email:  jhawk@whitecase.com

//
//

```
JEREMY OSTRANDER (SBN 233489)
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: jostrander@whitecase.com
```

The undersigned party and attorneys hereby consent to the above withdrawal and substitution of counsel:

Dated: September 26, 2011    GROUPME, INC.

By: _____
Name: RICHARD YALEZ
GroupMe, Inc.
Title: ASSISTANT SECRETARY

Dated: September 26, 2011    WILSON, SONSINI, GOODRICH & ROSATI, P.C.

By:   /s/ Tonia Ouelette Klausner
Tonia Ouelette Klausner

Dated: September 26, 2011    WHITE & CASE LLP

By:   /s/ J. Jonathan Hawk
J. Jonathan Hawk
Attorneys for Defendant GroupMe, Inc.

## **ATTESTATION OF J. JONATHAN HAWK**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  September 26, 2011

WHITE & CASE LLP

By: /s/ J. Jonathan Hawk
J. Jonathan Hawk
Attorneys for Defendant GroupMe, Inc.

1
2  **[~~PROPOSED~~] ORDER**
3
4  The above withdrawal and substitution of counsel is approved and so ORDERED.
5
6  DATED: ~~September~~ October 25 ____, 2011
7


HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT GROUPME, INC.; 4:11-CV-02584-PJH

LOSANGELES 928155 (2K)

**DECLARATION OF SERVICE**

I, J. Jonathan Hawk, declare as follows:

I am employed in the County of Los Angeles in California. I am over the age of eighteen years and am not a party to this action. My business address is 633 West Fifth Street, Suite 1900, Los Angeles, California, 90071. On September 26, 2011, I served the document titled:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT GROUPME, INC. AND [PROPOSED] ORDER**

to all named counsel of record via the ECF (Electronic Case Filing) system of the United States District Court for the Northern District of California. All counsel of record are required to be registered e-filers and, as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

Dated: September 26, 2011                            /s/ J. Jonathan Hawk
                                                                       J. Jonathan Hawk