Patrick S. Thompson (SBN 160804)
*pthompson@goodwinprocter.com*
Anna Hsia (SBN 234179)
*ahsia@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant
*Twilio, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation, GROUPME, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:11-CV-02584-PJH<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT TWILIO, INC. IN OPPOSITION TO PLAINTIFF BRIAN GLAUSER'S MOTION TO LIFT STAY**<br><br>Date: December 4, 2013<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton |

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT defendant Twilio, Inc., by counsel, hereby joins in the arguments asserted in Defendant GroupMe, Inc.'s Opposition to Plaintiff Brian Glauser's Motion to Lift Stay.

Dated: November 8, 2013

Respectfully submitted,

By: /s/ Patrick S. Thompson
Patrick S. Thompson
*pthompson@goodwinprocter.com*
Anna Hsia
*ahsia@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant
*Twilio, Inc.*

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this November 8, 2013.

/s/ Patrick S. Thompson
Patrick S. Thompson