UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN GLAUSER, individually and on behalf of all other similarly situated,

    Plaintiff,

    v.

TWILIO, INC., et al.,

    Defendants.

_____/

No. C 11-2584 PJH

**ORDER DENYING MOTION TO LIFT STAY**

    Plaintiff's motion to lift stay came on for hearing before this court on December 4, 2013. Plaintiff Brian Glauser ("plaintiff") appeared through his counsel, Benjamin Richman. Defendant GroupMe, Inc. appeared through its counsel, Bryan Merryman. Defendant Twilio, Inc. appeared through its counsel, Patrick Thompson. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES without prejudice plaintiff's motion to lift the stay for the reasons stated at the hearing and as follows.

    The court finds that there is a likelihood that the FCC will issue an agenda for the coming year sometime in January 2014. Accordingly, the court hereby vacates the January 27, 2014 deadline to file a joint status statement, and instead orders the parties to appear for a case management conference on **March 27, 2014** at 2:00pm. The parties are also directed to file a joint case management conference statement by **March 20, 2014**. At the time of the case management conference, the court will revisit plaintiff's request to lift the stay in this action.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge