1    Mark Eisen (SBN - 289009)
     meisen@edelson.com
2    EDELSON PC
     555 West Fifth Street, 31st Floor
3    Los Angeles, California 90013
     Tel: 213.533.4100
4    Fax: 213.947.4251

5    Jay Edelson (Admitted *Pro Hac Vice*)
     jedelson@edelson.com
6    Rafey S. Balabanian (Admitted *Pro Hac Vice*)
     rbalabanian@edelson.com
7    Christopher L. Dore (Admitted *Pro Hac Vice*)
     cdore@edelson.com
8    EDELSON PC
     350 North LaSalle Street, Suite 1300
9    Chicago, Illinois 60654
     Tel: 312.589.6370
10   Fax: 312.589.6378

11   *Attorneys for Plaintiff and the putative class*

12
                      **UNITED STATES DISTRICT COURT**
13
                      **NORTHERN DISTRICT OF CALIFORNIA**
14
                           **OAKLAND DIVISION**
15

16   BRIAN GLAUSER, individually and on       Case No. 4:11-cv-2584-PJH
     behalf of all others similarly situated,
                                              **NOTICE OF CHANGE IN COUNSEL**
17                    *Plaintiff,*
                                              Judge: Honorable Phyllis J. Hamilton
18          *v.*                              Action filed: May 27, 2011

19   TWILIO, INC., a Delaware corporation,
     GROUPME, INC., a Delaware corporation,
20
                      *Defendants.*
21

22

23

24

25

26

27

28

---

NOTICE OF CHANGE IN COUNSEL                              CASE NO. 4:11-CV-02584-PJH

1

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2

**PLEASE TAKE NOTICE THAT** Sean P. Reis withdraws as local counsel of record for

3

Plaintiff and the putative class in the above-captioned matter. Mark S. Eisen of Edelson PC, an

4

attorney in good standing with the California bar, will replace Mr. Reis as local counsel of record.

5

Attorneys Jay Edelson, Rafey S. Balabanian, and Christopher L. Dore will also continue to

6

represent Plaintiff and the putative class in this action.

7

Respectfully submitted,

8

Dated: March 19, 2014                    By: /s/ Sean P. Reis

9

Dated: March 19, 2014                    By: /s/ Mark S. Eisen
                                              One of Plaintiff's Attorneys

10

11

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)

12

rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)

13

cdore@edelson.com
EDELSON PC

14

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

15

Tel: 312.589.6370
Fax: 312.589.6378

16

17

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC

18

555 West Fifth Street, 31st Floor
Los Angeles, California 90013

19

Tel: 213.533.4100
Fax: 213.947.4251

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Mark S. Eisen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: March 19, 2014                                     By:      /s/ Mark S. Eisen
                                                                             Mark S. Eisen