UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: March 27, 2014     (Time: 20 minutes)     JUDGE: Phyllis J. Hamilton

Case No: C-11-2584 PJH

Case Name: Glauser v. Twilio, et al.

Attorney(s) for Plaintiff:     Christopher Dore
Attorney(s) for Defendant:     Bryan Merryman (GroupMe)
                                Patrick Thompson (Twilio)

**Deputy Clerk**: Nichole Heuerman     **Court Reporter**: Not Reported

PROCEEDINGS

    Case Management Conference-Held. The court lifts the stay. Defendants shall answer within 3 weeks. The court denies the request to bifurcate discovery. Discovery is open but the parties shall concentrate on class certification and autodialer discovery first.

    The motion re: autodialer issue shall be filed within 30 days. Once the motion is filed the parties shall meet and confer regarding the amount of discovery needed and submit as stipulation as to the briefing schedule. The court will allow up to 60 days to complete discovery and an additional 30 days to file the opposition brief. The reply brief shall be filed two weeks thereafter. The hearing date will be set once the motion is fully briefed and reviewed by the court.

    The class certification motion shall be filed within 5 months. The court will allow up to 60 days for the filing of the opposition brief. The reply brief shall be filed two weeks thereafter. The hearing date will be set once the motion is fully briefed and reviewed by the court.

**Order to be prepared by:**  [] Pl [] Def  [ ] Court

**Notes:**

**cc:** chambers