IMRAN KHALIQ
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA  94105-3470
Telephone:     415.757.5500
Facsimile:     415.757.5501
Imran.khaliq@arentfox.com

Attorneys for Defendant
TWILIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation, GROUPME, INC., a Delaware corporation,<br><br>        Defendant. | Case No.  11-cv-2584-PJH<br><br>**DEFENDANT TWILIO, INC.'S NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**<br><br>Complaint Filed: May 27, 2011<br><br>Judge: Honorable Phyllis J. Hamilton |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT TWILIO, INC.'S NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL
Case No. 11-cv-2584-PJH
AFDOCS/10903451.1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that the law firm Arent Fox, LLP hereby makes its appearance

3    as counsel of record for defendant Twilio, Inc. in the above-captioned matter, in substitution for

4    the law firm of Goodwin Procter LLP.

5    PLEASE TAKE FURTHER NOTICE that the law firm of Goodwin Procter LLP and

6    counsel Patrick Shaun Thompson hereby request withdrawal as counsel of record for defendant

7    Twilio, Inc. in the above-captioned matter pursuant to Civil Local Rule 11-5.

8    The parties respectfully submit a proposed order to the Court to grant this substitution of

9    counsel and withdrawal under Civil Local Rule 11-5.

10

11   Dated: April 14, 2014                    **ARENT FOX LLP**

12

13   By: _/s/ Imran Khaliq_
     IMRAN KHALIQ
14   Attorneys for Defendant
     TWILIO, INC

15

16   Dated: April 14, 2014                    **GOODWIN PROCTER LLP**

17

18   By: _/s/ Patrick Thompson_
     PATRICK THOMPSON
19   Attorney for Defendant
     TWILIO, INC.

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT TWILIO, INC.'S NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL
Case No. 11-cv-2584-PJH
AFDOCS/10903451.1                                            1