Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, CA  90013
Tel: (213) 533-4100
Fax: (213) 947-4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation, GROUPME, INC., a Delaware corporation,<br><br>Defendants. | Case No.  4:11-cv-2584-PJH<br><br>**STIPULATED DISMISSAL OF TWILIO, INC.**<br><br>Judge: Honorable Phyllis J. Hamilton |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, being the only parties that have appeared in this case, do hereby stipulate by and through their attorneys of record to voluntarily dismiss Twilio, Inc. from this action, without prejudice.

Dated: April 21, 2014

By: /s/ Bryan A. Merryman .

Bryan A. Merryman (SBN 134357)
bmerryman@whitecase.com
J. Jonathan Hawk (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Tel: (213) 620-7700
Fax: (213) 452-2329

Bijal V. Vakil (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 213-0300
Fax: (650) 213-8158

*Attorneys for Defendant GroupMe, Inc.*

By: /s/ Michael B. Hazzard .

Michael B. Hazzard (Admitted *Pro Hac Vice*)
Michael.Hazzard@arentfox.com
Adam D. Bowser (Admitted *Pro Hac Vice*)
Adam.Bowser@arentfox.com
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20036-5342
Tel: (202) 857-6029
Fax: (202) 857-6395

*Attorneys for Defendant Twilio, Inc.*

Respectfully submitted,

By: /s/ Mark S. Eisen .

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: (213) 533-4100
Fax: (213) 947-4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff and the putative class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Mark S. Eisen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: April 21, 2014　　　　　　　　　　　By: /s/ Mark S. Eisen .
　　　　　　　　　　　　　　　　　　　　　　　　　Mark S. Eisen