1   BRYAN A. MERRYMAN (SBN 134357)
    bmerryman@whitecase.com
2   J. JONATHAN HAWK (SBN 254350)
    jhawk@whitecase.com
3   WHITE & CASE LLP
    633 W. Fifth Street, Suite 1900
4   Los Angeles, CA  90071-2007
    Telephone:  (213) 620-7700
5   Facsimile:  (213) 452-2329

6   BIJAL V. VAKIL (SBN 192878)
    bvakil@whitecase.com
7   WHITE & CASE LLP
    5 Palo Alto Square, 9th Floor
8   3000 El Camino Real
    Palo Alto, CA  94306
9   Telephone:  (650) 213-0300
    Facsimile:  (650) 213-8158

10
    Attorneys for Defendant
11  GROUPME, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15  BRIAN GLAUSER, individually and on behalf          CASE NO. 4:11-cv-02584-PJH
    of a class of similarly situated individuals,
16
                              Plaintiffs,              **DECLARATION OF JOHN PIGNATA
17                                                     IN SUPPORT OF DEFENDANT
                    v.                                 GROUPME, INC.'S MOTION FOR
18                                                     SUMMARY JUDGMENT**
    TWILIO, INC., a Delaware corporation; and
19  GROUPME, INC., a Delaware corporation,

20
                              Defendants.
21

22

23

24

25

26

27

28

                                                       DECLARATION OF JOHN PIGNATA IN SUPPORT OF
    LOSANGELES 1048276 (2K)                            GROUPME'S MOTION FOR SUMMARY JUDGMENT

**DECLARATION OF JOHN PIGNATA**

I, John Pignata, declare:

1.     I am the Director of Engineering of GroupMe, Inc. ("GroupMe"). I have personal knowledge of the facts stated herein, or rely on GroupMe's business records, and can testify to such facts if called upon to do so.

2.     I have worked for GroupMe since October 2011 as the Director of Engineering. In my capacity as the Director of Engineering, I oversee all engineering at GroupMe, including all changes to GroupMe's proprietary software. I also help operate GroupMe's software and its service on a day-to-day basis, and take part in decisions regarding GroupMe's business operations. As part of my duties and responsibilities, I am necessarily familiar with GroupMe's proprietary software and service, and how GroupMe's service has functioned since I joined the company in October 2011. I require this information, including knowledge of GroupMe's historical and present capabilities, so I can manage and implement changes, if any, to GroupMe's software to better meet the needs of GroupMe's users.

3.     In preparing this declaration, I have reviewed the concurrently filed declaration of Steve Martocci, a founder of GroupMe. I have personal knowledge that paragraphs 9 through 29 in Mr. Martocci's declaration accurately describe how GroupMe's service has worked since October 2011.

4.     On April 21, 2014, I retrieved the chat history of plaintiff Brian Glauser's "Poker" group. The cell phone number Mr. Glauser alleges belongs to him is still associated with the "Poker" group as of the date of this declaration. Mr. Glauser has not requested to be removed from the group or to stop receiving messages from the group. The last message exchanged among the "Poker" group members occurred on December 10, 2013.

5.     SMS messages have always been routed to "Poker" group members using long code "804-742-4986." GroupMe obtained that number from Twilio, Inc. ("Twilio") on April 18, 2011, when ███████ a registered GroupMe user, created the "Poker" group using GroupMe's smartphone app. Through 2011, GroupMe used Twilio's application program interface ("API") to route SMS messages to "Poker" group members using the long code "804-742-4986." Thereafter,

1

1 the long code "804-742-4986" was migrated to an API provided by Bandwidth.com ("Bandwidth"),

2 and Bandwidth's API was used to route SMS messages to "Poker" group members. GroupMe has

3 used only APIs provided by Twilio and Bandwidth to route SMS messages to "Poker" group

4 members. A true and correct copy of the chat transcript of the "Poker" group since April 18, 2011,

5 is attached as Exhibit C.

6       6.    On April 20, 2014, I reviewed GroupMe's records of activity associated with the

7 phone number Mr. Glauser alleges he used when he received text messages as part of the "Poker"

8 group. GroupMe's records show Mr. Glauser's phone number has not been used to create a

9 GroupMe group, and it has not been added to, or participated in, any groups using GroupMe's

10 service, other than ███████ "Poker" group.

11       7.    I obtained information regarding the "Poker" group, long code "804-742-4986,"

12 and records of Mr. Glauser's use of GroupMe's free social text messaging service from GroupMe's

13 servers, which, in the regular course of GroupMe's business, store and retain data regarding use of

14 GroupMe's service by group creators and members. I regularly review this type of information

15 from GroupMe's servers so I can manage engineering and operation of GroupMe's software based

16 on use of the service.

17      I declare under penalty of perjury that the foregoing is true and correct under the laws of

18 the United States of America.

19      Executed on this 28th day of April, 2014, at New York, New York.

20

21

22                               John Pignata

23

24

25

26

27

28

2

LOSANGELES 1048276 (2K)

EXHIBIT C

| text | picture_url | timestamp |
|------|-------------|-----------|
| | | 2011-04-18 15:03:49 +0000 |
| | | 2011-04-18 15:04:43 +0000 |
| | | 2011-04-23 16:16:10 +0000 |
| | | 2011-04-23 16:22:41 +0000 |
| | | 2011-04-23 16:28:26 +0000 |
| | | 2011-04-23 16:28:35 +0000 |
| | | 2011-04-23 16:53:39 +0000 |
| | | 2011-04-23 16:54:21 +0000 |
| | | |
| | | 2011-04-23 16:55:06 +0000 |
| | | 2011-04-23 16:55:30 +0000 |
| | | 2011-04-23 16:55:55 +0000 |
| | | 2011-04-23 17:15:09 +0000 |
| | | 2011-04-23 17:19:11 +0000 |
| | | |
| | | 2011-04-23 17:28:08 +0000 |
| | | |
| | | 2011-04-23 17:29:02 +0000 |
| | | 2011-04-23 17:38:29 +0000 |
| | | 2011-04-23 17:51:59 +0000 |
| | | 2011-04-23 17:54:53 +0000 |
| | | 2011-04-23 17:55:38 +0000 |
| | | 2011-04-23 17:58:06 +0000 |
| | | 2011-04-23 18:01:14 +0000 |
| | | 2011-04-23 18:03:09 +0000 |
| | | 2011-04-23 20:26:10 +0000 |
| | | 2011-04-23 20:49:23 +0000 |
| | | 2011-05-08 03:03:42 +0000 |
| | | |
| | | 2011-05-14 16:04:23 +0000 |
| | | 2011-05-14 16:06:29 +0000 |
| | | 2011-05-14 16:07:01 +0000 |
| | | 2011-05-14 16:07:37 +0000 |
| | | 2011-05-14 16:07:52 +0000 |
| | | 2011-05-14 16:35:30 +0000 |
| | | 2011-05-14 16:57:13 +0000 |
| | | 2011-05-14 17:08:47 +0000 |
| | | |
| | | 2011-05-14 17:09:44 +0000 |
| | | 2011-05-14 20:14:31 +0000 |
| | | |
| | | 2011-05-15 14:12:32 +0000 |
| | | 2011-05-15 14:12:52 +0000 |

2011-05-15 14:14:29 +0000
2011-05-15 14:15:18 +0000
2011-05-15 14:15:27 +0000
2011-05-15 14:15:57 +0000
2011-05-15 14:17:41 +0000
2011-05-15 14:18:37 +0000
2011-09-24 23:15:38 +0000
2011-09-24 23:16:07 +0000
2011-09-24 23:16:20 +0000
2011-09-24 23:16:47 +0000
2011-09-24 23:16:53 +0000
2011-09-24 23:16:58 +0000
2011-09-24 23:17:08 +0000
2011-09-24 23:17:53 +0000
2011-09-24 23:18:12 +0000
2011-09-24 23:18:14 +0000
2011-09-24 23:18:15 +0000
2011-09-24 23:18:34 +0000
2011-09-24 23:18:41 +0000
2011-09-24 23:19:41 +0000

2011-09-24 23:20:02 +0000
2011-09-24 23:20:30 +0000
2011-09-24 23:29:14 +0000
2011-09-24 23:30:09 +0000
2011-09-24 23:30:16 +0000
2011-09-24 23:31:57 +0000
2011-09-24 23:32:13 +0000

2011-09-24 23:32:18 +0000

2011-09-24 23:34:29 +0000

2011-09-24 23:46:29 +0000
2011-09-25 02:01:51 +0000
2011-09-25 02:09:31 +0000
2011-09-25 02:10:53 +0000
2011-09-25 11:23:35 +0000

2011-11-09 00:11:21 +0000
2011-11-09 00:12:10 +0000
2011-11-09 00:12:12 +0000
2011-11-09 00:12:24 +0000
2011-11-09 00:13:34 +0000
2011-11-09 00:15:27 +0000
2011-11-09 00:15:29 +0000

2011-11-09 00:17:28 +0000
2011-11-09 00:21:19 +0000

2011-11-09 00:21:20 +0000
2011-11-09 00:21:20 +0000
2011-11-09 00:25:45 +0000

2011-11-09 13:39:39 +0000
2011-11-09 13:58:23 +0000


2011-11-10 02:33:47 +0000
2011-11-10 02:37:27 +0000
2011-11-10 02:38:14 +0000
2011-11-10 02:38:25 +0000
2011-11-10 02:38:27 +0000
2011-11-10 02:39:10 +0000
2011-11-10 02:39:11 +0000
2011-11-10 02:40:12 +0000
2011-11-10 02:40:15 +0000
2011-11-10 02:41:01 +0000
2011-11-10 02:41:12 +0000
2011-11-10 02:41:15 +0000
2011-11-10 02:42:08 +0000
2011-11-10 03:41:47 +0000

2011-11-10 03:42:43 +0000
2011-11-10 03:43:57 +0000
2011-11-10 03:44:41 +0000

2011-11-10 03:44:52 +0000
2011-11-10 03:46:29 +0000
2011-11-10 03:46:46 +0000
2011-11-10 03:47:08 +0000

2011-11-10 03:47:22 +0000

2011-11-10 03:48:16 +0000
2011-11-10 03:48:36 +0000
2011-11-10 03:49:02 +0000


2011-11-10 03:49:38 +0000
2011-11-10 03:49:48 +0000
2011-11-10 03:51:00 +0000
2011-11-10 03:52:13 +0000
2011-11-10 03:53:41 +0000

2011-11-10 03:53:57 +0000
2011-11-10 03:54:22 +0000
2011-11-10 03:55:03 +0000
2011-11-10 03:55:07 +0000
2011-11-10 03:55:47 +0000
2011-11-10 03:56:02 +0000
2011-11-10 03:56:20 +0000
2011-11-10 03:56:37 +0000
2011-11-10 03:56:48 +0000
2011-11-10 03:56:53 +0000
2011-11-10 03:57:26 +0000
2011-11-10 03:57:26 +0000
2011-11-10 03:57:33 +0000
2011-11-10 03:57:55 +0000
2011-11-10 03:58:01 +0000
2011-11-10 03:58:05 +0000
2011-11-10 03:58:13 +0000

2011-11-10 03:58:23 +0000
2011-11-10 03:58:47 +0000
2011-11-10 03:58:58 +0000
2011-11-10 03:59:14 +0000
2011-11-10 03:59:15 +0000
2011-11-10 03:59:31 +0000
2011-11-10 04:00:26 +0000
2011-11-10 04:00:29 +0000
2011-11-10 04:00:56 +0000
2011-11-10 04:01:12 +0000
2011-11-10 04:01:24 +0000
2011-11-10 04:01:25 +0000
2011-11-10 04:01:29 +0000
2011-11-10 04:01:41 +0000

2011-11-10 04:02:26 +0000
2011-11-10 04:02:34 +0000
2011-11-10 04:02:38 +0000
2011-11-10 04:03:06 +0000
2011-11-10 04:03:11 +0000

2011-11-10 04:03:24 +0000

2011-11-10 04:03:42 +0000
2011-11-10 04:03:59 +0000
2011-11-10 04:04:07 +0000
2011-11-10 04:04:47 +0000
2011-11-10 04:05:06 +0000
2011-11-10 04:05:16 +0000

2011-11-10 04:05:43 +0000
2011-11-10 04:06:16 +0000

2011-11-10 04:07:41 +0000
2011-11-10 04:08:20 +0000
2011-11-10 04:08:42 +0000
2011-11-10 04:08:53 +0000

2011-11-10 04:10:32 +0000
2011-11-10 04:10:45 +0000
2011-11-10 04:11:00 +0000
2011-11-10 04:11:05 +0000
2011-11-10 04:12:11 +0000

2011-11-10 04:12:17 +0000
2011-11-10 04:12:42 +0000
2011-11-10 04:13:13 +0000
2011-11-10 04:13:18 +0000
2011-11-10 04:14:16 +0000
2011-11-10 04:15:16 +0000

2011-11-10 04:15:28 +0000
2011-11-10 04:16:15 +0000
2011-11-10 04:16:28 +0000
2011-11-10 04:17:06 +0000
2011-11-10 04:17:08 +0000

2011-11-10 04:17:57 +0000

2011-11-10 04:18:10 +0000
2011-11-10 04:18:45 +0000
2011-11-10 04:18:57 +0000
2011-11-10 04:19:04 +0000
2011-11-10 04:20:44 +0000

2011-11-10 11:24:00 +0000
2011-11-12 18:09:26 +0000
2011-11-12 18:11:56 +0000
2011-11-12 18:20:26 +0000
2011-11-12 18:20:50 +0000
2011-11-12 18:27:33 +0000
2011-11-12 18:28:05 +0000

2011-11-12 18:28:08 +0000
2011-11-12 18:28:39 +0000
2011-11-12 18:28:49 +0000
2011-11-12 18:29:50 +0000

2011-11-12 18:31:21 +0000
2011-11-12 18:31:59 +0000

2011-11-12 18:32:52 +0000
2011-11-12 18:33:13 +0000

2011-11-12 18:33:44 +0000
2011-11-12 18:33:57 +0000
2011-11-12 18:34:42 +0000
2011-11-12 18:35:43 +0000

2011-11-12 18:37:10 +0000

2011-11-12 18:38:35 +0000

2011-11-12 18:42:09 +0000
2011-11-12 18:42:10 +0000

2011-11-12 18:43:24 +0000
2011-11-12 19:52:57 +0000
2011-11-12 19:53:03 +0000

2011-11-12 22:29:28 +0000
2011-11-12 22:32:29 +0000
2011-11-12 22:32:56 +0000
2012-01-27 16:08:08 +0000

2012-04-21 00:44:33 +0000
2012-04-21 00:49:00 +0000
2012-04-21 00:50:05 +0000
2012-04-21 00:50:32 +0000
2012-04-21 00:51:25 +0000

2012-04-21 01:58:12 +0000

2012-05-26 22:53:28 +0000
2012-05-26 22:55:59 +0000
2012-05-26 23:24:09 +0000
2012-05-26 23:24:42 +0000
2012-05-26 23:24:48 +0000
2012-05-26 23:26:59 +0000
2012-05-26 23:47:29 +0000

2012-09-29 00:31:03 +0000

2012-09-29 00:31:31 +0000

2013-12-10 03:07:52 +0000

2013-12-10 03:12:10 +0000

2013-12-10 03:14:10 +0000
2013-12-10 03:14:36 +0000
2013-12-10 03:15:04 +0000

2013-12-10 03:17:39 +0000
2013-12-10 03:18:35 +0000
2013-12-10 03:18:47 +0000
2013-12-10 03:19:37 +0000
2013-12-10 03:19:42 +0000
2013-12-10 03:20:02 +0000
2013-12-10 03:21:41 +0000

2013-12-10 03:21:42 +0000

2013-12-10 03:21:42 +0000

2013-12-10 03:21:49 +0000
2013-12-10 03:22:42 +0000
2013-12-10 03:35:56 +0000g