1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
3  WHITE & CASE LLP
   633 W. Fifth Street, Suite 1900
4  Los Angeles, CA  90071-2007
   Telephone:  (213) 620-7700
5  Facsimile:  (213) 452-2329

6  BIJAL V. VAKIL (SBN 192878)
   bvakil@whitecase.com
7  WHITE & CASE LLP
   5 Palo Alto Square, 9th Floor
8  3000 El Camino Real
   Palo Alto, CA  94306
9  Telephone:  (650) 213-0300
   Facsimile:  (650) 213-8158

10

11 Attorneys for Defendant
   GROUPME, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15 BRIAN GLAUSER, individually and on behalf      CASE NO. 4:11-cv-02584-PJH
   of a class of similarly situated individuals,
16
                              Plaintiffs,         **DECLARATION OF AMEER BADRI IN
17                                                SUPPORT OF DEFENDANT'S MOTION
                     v.                           FOR SUMMARY JUDGMENT**
18
   GROUPME, INC., a Delaware corporation,
19
20                            Defendant.

21

22

23

24

25

26

27

28

                                    DECLARATION OF AMEER BADRI IN SUPPORT OF
                                    DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**DECLARATION OF AMEER BADRI**

I, Ameer Badri, declare:

1.      I am a Solutions Architect at Twilio, Inc. ("Twilio"). I have personal knowledge of the facts stated herein, or rely on Twilio's business records, and can testify to such facts if called upon to do so.

2.      I have worked for Twilio since September 2012, and have direct knowledge of Twilio's messaging product line, including the technical aspects of Twilio's transmission service. I require this knowledge so that I can effectively provide information to customers on how Twilio's Application Program Interface ("API") works so that the customers can write code that integrates Twilio's API into the application created by the customer. I submit this declaration to explain Twilio's transmission services.

3.      Twilio was founded in 2007 as an Internet-based cloud communications company. Since it was founded, Twilio has provided an API to business customers whose developers use the API to create applications and programs. An API is a software language and message format used to communicate with an operating system or other application programs. APIs are typically pre-fabricated blocks of software code which perform certain low-level, but crucial functions.

4.      Twilio's API acts as a conduit between the traditional telecommunications infrastructure and users of applications developed to transmit messages via Twilio's API. When Twilio receives information from applications utilizing the Twilio API, Twilio forwards that information without alteration either directly to downstream telecommunications carriers or to so-called aggregators. Aggregators facilitate the transmission of information from Twilio to downstream telecommunications carriers.

5.      Twilio's API assists its application-developer customers by allowing integration of voice calling and text messaging capabilities with existing programming languages. Developers can create new applications or add features to existing products to allow users of those applications to make and receive phone calls and text messages. Twilio's API standing alone does not function as a communications program. Rather, the API is simply the building block of the application created and used by Twilio's customers to enable message transmission. In other

1

DECLARATION OF AMEER BADRI IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1    words, Twilio's API is not a finished product.

2        6.    Twilio's API plays no part in generating, storing or influencing the telephone

3    numbers that are called by users of applications that incorporate Twilio's API in order to transmit

4    messages.  Twilio thus does not choose or influence which telephone numbers are called through

5    any application incorporating Twilio's API.

6        7.    Twilio does not provide its customers, including GroupMe, Inc. ("GroupMe"),

7    with equipment that has the capacity to store or produce telephone numbers using a random or

8    sequential number generator to dial such numbers.  Twilio neither provides nor utilizes such

9    equipment for the transmission services Twilio provides its customers.  Instead, and as stated

10   above, Twilio provides its customers, including GroupMe, with an API -- or lines of software

11   code -- that enables message transmission and access to transmission services.

12       8.    Twilio does not provide or change the content or the telephone numbers provided

13   to be called for any message transmitted via Twilio's API.  Nor does Twilio store or generate any

14   numbers to be called.  Twilio does not utilize a number generator in connection with its

15   transmission service, and its transmission service does not have the capacity to generate random

16   or sequential numbers to be called.  Twilio provides, and since at least April 2011 has provided,

17   GroupMe an API as described above.  As provided by Twilio, the API lacks the ability  to

18   generate random or sequential telephone numbers to be dialed.

19       9.    In sum, both the content of the message and the telephone numbers of the message

20   recipient(s) have already been selected by the application user before this information reaches

21   Twilio and Twilio simply passes this information along to the downstream entities that are

22   ultimately responsible for delivering the message.  The lines of software code contained in

23   Twilio's API have no role in influencing or producing the telephone numbers that the application

24   user selects to be called, as the API simply enables message transmission.  The core function of

25   Twilio's API as used by GroupMe is, and always has been, merely to route messages directed by

26   others.

27

28

DECLARATION OF AMEER BADRI IN SUPPORT OF
                                            DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1        I declare under penalty of perjury that the foregoing is true and correct under the laws of

2    the United States of America.

3        Executed this 24th day of April, 2014, in San Francisco, California.

4

5

6                                                           Ameer Badri

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                3