1    BRYAN A. MERRYMAN (SBN 134357)
     bmerryman@whitecase.com
2    J. JONATHAN HAWK (SBN 254350)
     jhawk@whitecase.com
3    WHITE & CASE LLP
     633 W. Fifth Street, Suite 1900
4    Los Angeles, CA  90071-2007
     Telephone:  (213) 620-7700
5    Facsimile:  (213) 452-2329

6    BIJAL V. VAKIL (SBN 192878)
     bvakil@whitecase.com
7    WHITE & CASE LLP
     5 Palo Alto Square, 9th Floor
8    3000 El Camino Real
     Palo Alto, CA  94306
9    Telephone:  (650) 213-0300
     Facsimile:  (650) 213-8158

10

     Attorneys for Defendant
11   GROUPME, INC.

12                       **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF CALIFORNIA**

14                              **OAKLAND DIVISION**

15   BRIAN GLAUSER, individually and on behalf       CASE NO. 4:11-cv-02584-PJH
     of a class of similarly situated individuals,
16
                               Plaintiffs,           **DECLARATION OF BRENT MELLO IN**
17                                                   **SUPPORT OF DEFENDANT**
                        v.                           **GROUPME, INC.'S MOTION FOR**
18                                                   **SUMMARY JUDGMENT**
     TWILIO, INC., a Delaware corporation; and
19   GROUPME, INC., a Delaware corporation,

20
                               Defendants.
21

22

23

24

25

26

27

28

LOS ANGELES 1048409 (2K)

1                               **DECLARATION OF BRENT MELLO**

2     I, Brent Mello, declare:

3         1.     I am the Brent Mello of Bandwidth.com, Inc. ("Bandwidth") and am responsible

4 for Bandwidth's messaging services. I have personal knowledge of the facts stated herein, or rely

5 on Bandwidth's business records, and can testify to such facts if called upon to do so.

6         2.     I have worked for Bandwidth since 04/15/2013, and have been in my current

7 position since that time. As Vice President of Voice and Messaging Services, I am responsible for

8 development and management of voice and messaging products for Bandwidth. As part of my

9 duties and responsibilities, I am familiar with Bandwidth's product line and the products Bandwidth

10 has offered since it was founded, including Bandwidth's messaging transmission services. I require

11 this knowledge so that I can effectively manage the complexity and profitability of Bandwidth's

12 product lines, while ensuring Bandwidth's products are compliant with industry rules and

13 regulations. I submit this declaration to explain Bandwidth's transmission services.

14         3.     Bandwidth was founded in 1999 with a focus on operating an all Internet Protocol-

15 based network for IP-based communications services. Since 2010, Bandwidth has provided an

16 application programming interface, or "API," to business customers whose developers use the API

17 to create applications and programs. An API is a software language and message format used to

18 communicate with an operating system or other application programs. APIs are typically pre-

19 fabricated blocks of software code which perform certain low-level, but crucial functions.

20         4.     Bandwidth's API acts as a conduit between the traditional telecommunications

21 infrastructure and users of applications developed to transmit messages via Bandwidth's API.

22 When Bandwidth receives information from applications utilizing the Bandwidth API, Bandwidth

23 forwards that information without alteration either directly to downstream telecommunications

24 carriers or to so-called aggregators. Aggregators facilitate the transmission of information from

25 Bandwidth to downstream telecommunications carriers.

26         5.     Bandwidth's API assists its application-developer customers by allowing

27 integration of voice calling and text messaging capabilities with existing programming languages.

28 Developers can create new applications or add features to existing products to allow users of those

1   applications to make and receive phone calls and text messages.  Bandwidth's API standing alone

2   does not function as a communications program.  Rather, the API is simply the building block of

3   the application created and used by Bandwidth's customers to enable message transmission.  In

4   other words, Bandwidth's API is not a finished product.

5          6.       Bandwidth's API plays no part in generating, storing or influencing the telephone

6   numbers that are called by users of applications that incorporate Bandwidth's API in order to

7   transmit messages.  Bandwidth thus does not control or influence which telephone numbers are

8   called through any application incorporating Bandwidth's API.

9          7.       Bandwidth does not provide its customers, including GroupMe, Inc. ("GroupMe"),

10  with equipment that has the capacity to store or produce telephone numbers using a random or

11  sequential number generator to dial such numbers.  Bandwidth neither provides nor utilizes such

12  equipment for the transmission services Bandwidth provides its customers.  Instead, and as stated

13  above, Bandwidth provides its customers, including GroupMe, with an API -- or lines of software

14  code -- that enables message transmission and access to transmission services.

15         8.       Bandwidth does not provide or change the content or the telephone numbers

16  provided to be called for any message transmitted via Bandwidth's API.  Nor does Bandwidth store

17  or generate any numbers to be called.  Bandwidth does not utilize a number generator in connection

18  with its transmission service, and its transmission service does not have the capacity to generate

19  random or sequential numbers to be called.  Bandwidth provides, and since at least 2012 has

20  provided, GroupMe an API as described above.  The API has never been able to generate random

21  or sequential telephone numbers to be dialed.

22         9.       In sum, both the content of the message and the telephone numbers of the message

23  recipient(s) have already been selected by the application user before this information reaches

24  Bandwidth and Bandwidth simply passes this information along to the downstream entities that are

25  ultimately responsible for delivering the message.  The lines of software code contained in

26  Bandwidth's API have no role in influencing or producing the telephone numbers that the

27  application user selects to be called, as the API simply enables message transmission.  The core

28  function of Bandwidth's API as used by GroupMe is, and always has been, merely to route

2

1   messages directed by others.  It would be incompatible with this core function to re-write code
2   associated with Bandwidth's API to add random or sequential number generation capabilities, as
3   Bandwidth's business would have no purpose for such functionalities.

4          I declare under penalty of perjury that the foregoing is true and correct under the laws of
5   the United States of America.

6          Executed this 28th day of April, 2014, in Denver, Colorado.

Brent Mello

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3