| | |
|---|---|
| 1 | BRYAN A. MERRYMAN (SBN 134357) |
| | bmerryman@whitecase.com |
| 2 | J. JONATHAN HAWK (SBN 254350) |
| | jhawk@whitecase.com |
| 3 | WHITE & CASE LLP |
| | 633 W. Fifth Street, Suite 1900 |
| 4 | Los Angeles, CA 90071-2007 |
| | Telephone: (213) 620-7700 |
| 5 | Facsimile: (213) 452-2329 |
| 6 | BIJAL V. VAKIL (SBN 192878) |
| | bvakil@whitecase.com |
| 7 | WHITE & CASE LLP |
| | 5 Palo Alto Square, 9th Floor |
| 8 | 3000 El Camino Real |
| | Palo Alto, CA 94306 |
| 9 | Telephone: (650) 213-0300 |
| | Facsimile: (650) 213-8158 |
| 10 | |
| | Attorneys for Defendant |
| 11 | GROUPME, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals, | CASE NO. 4:11-cv-02584-PJH |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation, | |
| Defendants. | |

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I, Bryan A. Merryman, declare as follows: |
| 3 | I am employed in the County of Los Angeles in California. I am over the age of eighteen |
| 4 | years and am not a party to this action. My business address is 633 West Fifth Street, Suite 1900, |
| 5 | Los Angeles, California, 90071. On April 28, 2014, I served the documents titled: |
| 6 | • **DEFENDANT GROUPME, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;** |
| 7 | |
| 8 | • **DEFENDANT GROUPME, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;** |
| 9 | • **DECLARATION OF STEVE MARTOCCI IN SUPPORT OF DEFENDANT GROUPME, INC.'S MOTION FOR SUMMARY JUDGMENT;** |
| 10 | |
| 11 | • **DECLARATION OF JOHN PIGNATA IN SUPPORT OF DEFENDANT GROUPME, INC.'S MOTION FOR SUMMARY JUDGMENT;** |
| 12 | |
| 13 | • **DECLARATION OF AMEER BADRI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;** |
| 14 | |
| 15 | • **DECLARATION OF BRENT MELLO IN SUPPORT OF DEFENDANT GROUPME, INC.'S MOTION FOR SUMMARY JUDGMENT;** |
| 16 | • **[PROPOSED] ORDER GRANTING DEFENDANT GROUPME, INC.'S MOTION FOR SUMMARY JUDGMENT;** |
| 17 | |
| 18 | • **DEFENDANT GROUPME, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;** |
| 19 | |
| 20 | • **DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF DEFENDANT GROUPME, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; and** |
| 21 | |
| 22 | • **[PROPOSED] ORDER GRANTING DEFENDANT GROUPME, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

on the person(s) below, as follows:

| | |
|---|---|
| Adam Daniel Bowser, Esq.<br>Michael Brian Hazzard, Esq.<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20036<br>Tel: 202-857-6126<br>Fax: 202-857-6395<br><br>Attorneys for Twilio, Inc. | Mark S. Eisen<br>Edelson PC<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 92688<br>Tel: 213.533.4100<br>Fax: 213.947.4251<br><br>Attorneys for Brian Glauser |
| Jay Edelson, Esq.<br>Rafey S. Balabanian, Esq.<br>Benjamin H. Richman, Esq.<br>Christopher L. Dore, Esq.<br>Edelson PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Attorneys for Brian Glauser | |

☒ **(BY ECF)** to all named counsel of record via the ECF (Electronic Case Filing) system of the United States District Court for the Northern District of California. All counsel of record are required to be registered e-filers and, as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

☒ **(BY MAIL)** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing at White & Case LLP, Los Angeles, California, following our ordinary business practices. I am readily familiar with White & Case LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I certify under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

Dated: April 28, 2014

/s/ Bryan A. Merryman
Bryan A. Merryman