Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (*Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (*Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (*Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:11-cv-02584-PJH<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON DEFENDANT GROUPME, INC.'S MOTION FOR SUMMARY JUDGMENT** |

1    Pursuant to the Court's Order entered March 27, 2014 (Dkt. 93), plaintiff Brian Glauser ("Glauser") and defendant GroupMe, Inc. ("GroupMe" together with Glauser, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to a discovery and briefing schedule on GroupMe's pending summary judgment motion (Dkt. 107) as follows:

**WHEREAS**, by its March 27, 2014 Order, the Court (i) set April 28, 2014 as GroupMe's deadline to file a summary judgment motion regarding whether GroupMe used an "automatic telephone dialing system" ("autodialer" or "ATDS") to transmit text messages to Glauser's cellular telephone as alleged in Glauser's First Amended Class Action Complaint (Dkt. 34), and (ii) ordered the Parties to meet and confer after GroupMe filed its summary judgment motion regarding a discovery and briefing schedule related thereto;

**WHEREAS**, in its March 27, 2014 Order, the Court stated it would allow the Parties up to 60 days after April 28, 2014, to complete discovery regarding the autodialer issue addressed in GroupMe's summary judgment motion, and an additional 30 days thereafter for Glauser to file his brief in opposition to GroupMe's summary judgment motion;

**WHEREAS**, on April 28, 2014, GroupMe filed its summary judgment motion (the "Motion");

**WHEREAS**, per the Court's Order, the Parties have conferred and agreed to a discovery and briefing schedule that provides 60 days for the completion of discovery related to the issues raised in GroupMe's Motion and 30 days thereafter for Glauser to file his opposition to the Motion; and,

**WHEREAS**, Glauser represents that he anticipates presenting testimony by way of declaration(s) in support of his opposition to GroupMe's Motion, likely including an expert declaration. As a result, the Parties have further agreed that GroupMe shall have 21 days to reply in support of its Motion, which will allow sufficient to time for GroupMe to seek to and take the depositions of any such declarants prior to filing its reply brief.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** the discovery and briefing schedule on GroupMe's summary judgment motion shall be as follows:

1. <u>Deadline to complete discovery on autodialer issue raised in GroupMe's summary judgment motion, except as noted in item 3 below</u>:  June 27, 2014;

2. <u>Glauser's deadline to file opposition to GroupMe's summary judgment motion</u>:  July 28, 2014;

3. <u>GroupMe's deadline to take deposition of anyone, including experts, who submits a declaration in support of Glauser's opposition to GroupMe's summary judgment motion</u>:  August 17, 2014; and

4. <u>GroupMe's deadline to file reply brief in support of its summary judgment motion</u>:  August 18, 2014.

Respectfully Submitted,

**BRIAN GLAUSER**, individually and on behalf of all others similarly situated,

Dated:  May 15, 2014

By:  /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

Jay Edelson (*Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Pro Hac Vice)
rbalabanian@edelson.com
Benjamin H. Richman (*Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Pro Hac Vice)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

|   |   |
|---|---|
|   | **GROUPME, INC.**, |
| Dated: May 15, 2014 | By: /s/ Bryan A. Merryman<br>      Bryan A. Merryman |
|   | BRYAN A. MERRYMAN (SBN 134357)<br>bmerryman@whitecase.com<br>J. JONATHAN HAWK (SBN 254350)<br>jhawk@whitecase.com<br>WHITE & CASE LLP<br>633 W. Fifth Street, Suite 1900<br>Los Angeles, CA  90071-2007<br>Telephone:  (213) 620-7700<br>Facsimile:  (213) 452-232 |
|   | BIJAL V. VAKIL (SBN 192878)<br>bvakil@whitecase.com<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Telephone:  (650) 213-0300<br>Facsimile:  (650) 213-8158 |

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, **IT IS HEREBY ORDERED:**

1. Discovery regarding GroupMe's pending summary judgment motion (Dkt. 107), shall be completed no later than June 27, 2014, except that GroupMe shall have until and including August 17, 2014 to take the deposition of anyone, including experts, who submits a declaration in support of Glauser's opposition to GroupMe's summary judgment motion;

2. Glauser shall file his opposition to GroupMe's summary judgment motion no later than July 28, 2014; and,

3. GroupMe shall file its reply brief in support of its summary judgment motion no later than August 18, 2014.

**IT IS SO ORDERED.**

ENTERED: May 16, 2014



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE