Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:11-cv-02584-PJH<br><br>**DECLARATION OF BRIAN GLAUSER** |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am the named plaintiff in the above-captioned matter.

3. On April 23, 2011, I was added to the GroupMe group "Poker." After being added, I received multiple text messages from GroupMe, including a text message that was the same or substantially similar to the following: "GroupMe is a group texting service. Standard SMS rates may apply. Get the app at http://groupme.com/a to chat for free. Reply #exit to quit or #help for more."

4. Prior to being added to the "Poker" group, I never asked to join the group, never consented to receive text messages within it, never provided GroupMe or Twilio my telephone number, never gave GroupMe or Twilio permission to send me text messages utilizing an automatic telephone dialing system, and never gave the "Poker" group creator, Mike Lambert, consent to receive text messages from or on behalf of GroupMe.

5. I brought this class action to put an end to GroupMe's improper text messaging practices and to obtain the relief to which the proposed Class and I are entitled.

6. I have been actively engaged in the litigation of this matter throughout its pendency and have at all times been willing to devote the time and other resources necessary to appropriately represent both myself and the proposed Class members in this case.

7. In particular, I am in regular communication with my counsel regarding this matter, my experiences with the text message calls and parties in question, and my views of the claims at issue. I have also responded to written discovery, provided GroupMe with various documents, and reviewed numerous documents in this matter, including, but not limited to, the complaint and responses to written discovery requests.

8. As a result, I have a full understanding of this case and my duties as class representative, and I am committed to acting in the Class's best interests.

1         9.     I remain ready and willing to dedicate such additional time and resources as are necessary to see this litigation through any additional motion practice, discovery, trial and any appeals.

*        *        *

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of August 2014 at 3:47 pm, Richmond, VA

_____
Brian Glauser