Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:11-cv-02584-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GLAUSER'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Honorable Phyllis J. Hamilton |

This matter coming before the Court on Plaintiff Glauser's Motion for Class Certification, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED**, as follows:

1. Plaintiff's Glauser's Motion for Class Certification is hereby granted.

2. This matter is hereby certified as a class action pursuant to Fed. R. Civ. P. 23(a) and (b)(3) on behalf of the following class (the "Class") of persons:

> All persons in the United States and its territories who received a GroupMe Mobile App Text prior to June 20, 2011.

3. Plaintiff Brian Glauser is hereby appointed as Class representative.

4. Pursuant to Fed. R. Civ. P. 23(g), Plaintiff Glauser's attorneys, Jay Edelson, Rafey S. Balabanian and Benjamin H. Richman of Edelson PC, are hereby appointed Class Counsel.

**IT IS SO ORDERED.**

ENTERED: _____

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE