UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: September 3, 2014 (Time: 17 minutes)**        **JUDGE:  Phyllis J. Hamilton**

Case No:11-cv-02584-PJH
Case Name: Glauser v. Twilio, et al.

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Benjamin Richman |
| **Attorney(s) for Defendant:** | Bryan Marryman |

**Deputy Clerk: Nichole Heuerman**        **Court Reporter: Kelly Polvi**

### PROCEEDINGS

Plaintiff's Motion for Discovery-GRANTED IN PART DENIED IN PART as stated on the record.

**Order to be prepared by:    [] Pl [] Def [x] Court**

**Notes:**

**cc: chambers**