Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for PLAINTIFF and the putative
classes*

[ADDITIONAL COUNSEL ON
SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 4:11-cv-02584-PJH<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT GROUPME, INC.'S MOTION FOR SUMMARY JUDGMENT** |

1    Pursuant to Local Rule 6-1, plaintiff Brian Glauser ("Glauser") and defendant GroupMe,

2    Inc. ("GroupMe," together with Glauser, the "Parties"), by and through their respective counsel

3    of record, hereby stipulate and agree to an extension of Glauser's deadline to file his opposition

4    to GroupMe's pending motion for summary judgment as follows:

5        **WHEREAS**, on September 19, 2014, the Court entered an Order (Dkt. No. 127),

6    pursuant to the Parties' stipulation (Dkt. No. 126), setting a briefing schedule on GroupMe's

7    pending motion for summary judgment, whereby Glauser shall file his opposition to GroupMe's

8    motion for summary judgment on or before September 29, 2014, GroupMe shall file its reply

9    brief in support of its motion for summary judgment on or before October 20, 2014, and a

10   hearing on GroupMe's motion for summary judgment is set for 9 a.m. on November 5, 2014;

11       **WHEREAS**, Plaintiff's counsel has requested and GroupMe has agreed, subject to the

12   Court's approval, to extend the deadline for Glauser to file his opposition to GroupMe's motion

13   for summary judgment by less than one day, such that Glauser shall file his opposition no later

14   than 10:00 a.m. Pacific Time on September 30, 2014; and

15       **WHEREAS**, the Parties further agree this stipulation shall not impact GroupMe's

16   deadline to file its reply brief of October 20, 2014, or the hearing date of November 5, 2014.

17       **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

18       1.      Glauser shall file his opposition to GroupMe's motion for summary judgment no

19   later than 10 a.m. Pacific Time on September 30, 2014; and

20       2.      This stipulation shall not impact GroupMe's deadline to file its reply brief of

21   October 20, 2014, the hearing date of November 5, 2014, or any other deadlines set by the Court

22   in this action.

23       **IT IS SO STIPULATED.**

24                                    **BRIAN GLAUSER**, individually and on behalf of all
25                                    others similarly situated,

26   Dated: September 29, 2014        By: /s/ Benjamin H. Richman
27                                         One of Plaintiff's Attorneys

28

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted Pro Hac Vice)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

WHITE & CASE LLP

Dated:  September 29, 2014        By:  ___/s/ Bryan A. Merryman_____
                                              Bryan A. Merryman

BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-815

Attorneys for Defendant
GROUPME, INC.

1

## [PROPOSED] ORDER

2      Pursuant to the stipulation of the Parties, **IT IS HEREBY ORDERED:**

3      1.      Glauser shall file his opposition to GroupMe's motion for summary judgment no

4  later than 10:00 a.m. Pacific Time on September 30, 2014; and

5      2.      This Order extending Glauser's deadline to file his opposition to GroupMe's

6  motion for summary judgment shall not impact any other deadlines or the hearing date set by the

7  Court in this action.

8      **IT IS SO ORDERED.**

9

10 ENTERED: _____, 2014

      _____
      HON. PHYLLIS J. HAMILTON
      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28