Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:11-cv-02584-PJH<br><br>**PLAINTIFF GLAUSER'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Brian Glauser ("Glauser"), by and through his undersigned counsel, hereby respectfully requests that the Court enter an Order permitting him to file under seal entire exhibits and portions of certain documents in connection with the filing of his Opposition to GroupMe, Inc.'s. ("GroupMe") Motion for Summary Judgment on his Individual Claims, which reference documents GroupMe has designated "Confidential," "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code," under the terms of the June 23, 2014 Protective Order entered in this matter ("Protective Order"). (Dkt. 111.) In support of the instant motion, Glauser states as follows:

1. Glauser seeks to file the following "entire" documents under seal pursuant to Civil LR 79-5:

- The Declaration of Shawn C. Davis in Support of Plaintiff's Opposition to GroupMe's Motion for Summary Judgment on Plaintiff's Individual Claims. This document contains detailed references, including portions of GroupMe's source code for its underlying proprietary text messaging platform, to documents which GroupMe has designated "Confidential," "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code." (*See* Declaration of Benjamin H. Richman ¶ 4, attached as Exhibit 1 hereto.)

- Exhibits A-D to the Declaration of Shawn C. Davis, which are documents and excerpts of documents that GroupMe has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code." (*See* Declaration of Benjamin H. Richman ¶ 4, attached as Exhibit 1 hereto.)

2. Glauser seeks to file a portion of the following document under seal pursuant to Civil L.R. 79-5:

- Plaintiff's Opposition to GroupMe's Motion for Summary Judgment on Plaintiff's Individual Claims. This document contains detailed references, including direct quotations, to a document which GroupMe has designated

1            "Confidential."

2     3.      Good cause exists to allow Glauser to file the above-referenced exhibits and documents under seal because, as set forth in the Declaration of Benjamin H. Richman, they have all been designated as "Confidential," "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Defendant GroupMe, and include, *inter alia*, portions of the source code underlying GroupMe's proprietary text messaging platform and information related to the architecture and functionality of GroupMe's proprietary text messaging platform.

8     4.      The Protective Order in this matter was entered by the Court on June 23, 2014 and acknowledges that certain confidential, proprietary, or private information may be disclosed during the course of discovery, and directs the Parties to follow the procedures set forth in Civil L.R. 79-5 for filing such documents and information under seal.

12     5.      Protective orders and filings under seal are "the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc., Sec. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (citing *Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173, 1176 (9th Cir. 1989)). A court may order the sealing of court records when they contain confidential or otherwise sensitive business information. *IMAX Corp. v. Cinema Tech, Inc.*, 152 F.3d 1161, 1168 (9th Cir. 1998) (noting that confidential and proprietary business information is "to be filed under seal."); *In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 694 (9th Cir. 1993) (stating that it "is common now in business litigation" to seal confidential business information by a stipulated protective order).

23     6.      Glauser has e-filed with the Clerk of the Court sealed versions of the above-referenced documents and materials in compliance with Civil L.R. 79-5(d)(1)(C)-(D). Pursuant to L.R. 79-5(e)(1), within four (4) days of Plaintiff's e-filing of the documents and materials set forth above, GroupMe must file with the Court and serve a declaration establishing that the documents and materials it previously designated as "Confidential," "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" are sealable.

7. Prior to filing the instant motion, counsel for the Parties conferred regarding the relief requested herein. The undersigned is authorized to state that GroupMe does not oppose the same.

WHEREFORE, Plaintiff Brian Glauser, respectfully requests that this Court enter an Order (i) granting his Unopposed Administrative Motion to File Documents Under Seal and (ii) providing such other and further relief as the Court deems reasonable and just.

\*           \*           \*

Respectfully Submitted,

**BRIAN GLAUSER**, individually and on behalf of all others similarly situated,

Dated: September 30, 2014          By: /s/ Benjamin H. Richman
                                           One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251