Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:11-cv-02584-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GLAUSER'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Judge: Honorable Phyllis J. Hamilton |

This matter coming before the Court on Plaintiff Glauser's Unopposed Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 7-11 and 79-5, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED**, as follows:

1. The Declaration of Shawn C. Davis in Support of Plaintiff's Opposition to GroupMe, Inc.'s ("GroupMe") Motion for Summary Judgment on Plaintiff's Individual Claims ("Davis Declaration") refers extensively to documents that have been designated as "Confidential," "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" by GroupMe, and it appears to the Court that the Davis Declaration is sealable in its entirety, subject to GroupMe's compliance with L.R. 79-5(e)(1).

2. Exhibits A-D to the Davis Declaration have all been designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Defendant GroupMe, Inc., and it appears to the Court that such excerpts are sealable in their entirety, subject to GroupMe's compliance with L.R. 79-5(e)(1).

3. Portions of Plaintiff Glauser's Opposition to GroupMe, Inc.'s. Motion for Summary Judgment on Plaintiff's Individual Claims refer to documents that have been designated as "Confidential" by GroupMe, and it appears to the Court that such portions of Plaintiff's Opposition are sealable, subject to GroupMe's compliance with L.R. 79-5(e)(1).

4. Accordingly, the Court hereby orders that, pursuant to L.R. 79-5(e)(1), GroupMe shall file with the Court and serve a declaration establishing that the documents set forth above are sealable. If GroupMe does not file such a declaration as required by L.R. 79-5(e)(1), all of the documents set forth above shall be filed and made part of the public record.

**IT IS SO ORDERED.**

ENTERED: _____

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE