# Exhibit 1
## Conditionally Filed Under Seal

# Exhibit A
## Conditionally Filed Under Seal

# Exhibit B
## Conditionally Filed Under Seal

# Exhibit C
## Conditionally Filed Under Seal

# Exhibit D
**Conditionally Filed Under Seal**

# Exhibit E

| PRODUCTS | PRICING | SOLUTIONS | API & DOCS | HELP | | SIGNUP | LOGIN |

Quickstart    HowTo's    Helper Libraries    API docs    Security

# Twilio REST Web Service Interface

The Twilio REST API allows you to query meta-data about your account, phone numbers, calls, text messages, and recordings. You can also do some fancy things like initiate outbound calls and send text messages.

Since the API is based on REST principles, it's very easy to write and test applications. You can use your browser to access URLs, and you can use pretty much any HTTP client in any programming language to interact with the API.

## Base URL

All URLs referenced in the documentation have the following base:

```
https://api.twilio.com/2010-04-01
```

The Twilio REST API is served over HTTPS. To ensure data privacy, unencrypted HTTP is not supported.

## Subresources

Twilio Accounts have the following subresources. Click on a link to read the API documentation for accessing or modifying each resource.

## Calls

- Make a Call
- Call a SIP-enabled endpoint
- Retrieve Call Logs
- Modify Live Calls
- Verify a Caller ID
- View Call Transcriptions
- View Call Recordings
- Manage Conferences
- View Conference Participants

## Call Queues

- Create a Call Queue
- View Call Queues

---

Quickstart Tutorials

HowTo's and Examples

Helper Libraries

TwiML Reference

REST API Reference

Version 2010-04-01

Overview
  Request Formats
  Response Formats
  Test Credentials
REST Resources
Accounts
  Subaccounts
AvailablePhoneNumbers
OutgoingCallerIds
IncomingPhoneNumbers
Applications
ConnectApps
AuthorizedConnectApps
Calls
  Making Calls
  Modifying Live Calls
  Making Calls via SIP
Call Feedback
Conferences
  Participants
Queues
  Members
Short Codes
Messages
  Sending SMS and MMS
  Media
Recordings
Transcriptions
Notifications
SIP
  Domains
  IpAccessControlLists
  CredentialLists

---

T 0001

- View Queue Members
- Dequeue a Member

## Messaging

- Send an SMS or MMS
- Send a message from a Short Code
- Retrieve Message Logs

## Phone Numbers

- Search for Phone Numbers
- Purchase Phone Numbers
- Update Phone Number Properties

## Usage

- View Usage Data for an Account
- Set Triggers for Usage Thresholds

## Accounts

- Accounts
- Subaccounts

## Applications

- Applications
- Connect Apps
- Authorized Connect Apps

## SIP

- Domains
- IP Access Control Lists
- Credential Lists

## Miscellaneous

- Error Notifications
- Sandbox

Usage
  Records
  Triggers
Deprecated Resources
  Sandbox
  SMS Messages
    Sending SMS
Additional Information
  Tips and Tricks

SIP Reference

Client Reference

Connect Reference

Debugging Errors

Security

Availability & Reliability

Learning Resources

## About REST (REpresentational State Transfer)

We designed the Twilio API in a very RESTful way, so that your consumption of it is simple and straightforward. From Wikipedia:

REST's proponents argue that the Web's scalability and growth are a direct result of a few key design principles:

- Application state and functionality are divided into resources

T 0002

- Every resource is uniquely addressable using a universal syntax for use in hypermedia links

- All resources share a uniform interface for the transfer of state between client and resource, consisting of

    - A constrained set of well-defined operations

    - A constrained set of content types, optionally supporting code on demand

- A protocol which is:

    - Client-server

    - Stateless

    - Cacheable

    - Layered

REST's client/server separation of concerns simplifies component implementation, reduces the complexity of connector semantics, improves the effectiveness of performance tuning, and increases the scalability of pure server components. Layered system constraints allow intermediaries-proxies, gateways, and firewalls-to be introduced at various points in the communication without changing the interfaces between components, thus allowing them to assist in communication translation or improve performance via large-scale, shared caching.

REST enables intermediate processing by constraining messages to be self-descriptive: interaction is stateless between requests, standard methods and media types are used to indicate semantics and exchange information, and responses explicitly indicate cacheability.

If you're looking for more information about RESTful web services, theO'Reilly RESTful Web Services book is excellent.

| COMPANY | PRODUCTS | RESOURCES | COMMUNITY | SOLUTIONS | SUPPORT |
|---|---|---|---|---|---|
| About Us | Voice | API & Docs | Twilio Blog | Elements | Help Center |
| Team | Client | Security | Engineering Blog | Showcase | Status |
| Jobs | Messaging | International | Twilio.org | Partners | Talk to Sales |
| | | Open Source | | DOers | |

© 2009 - 2014 Twilio, Inc. All rights reserved. Patents Pending.          Terms of Service | Privacy Policy

T 0003

# Exhibit F

| PRODUCTS | PRICING | SOLUTIONS | API & DOCS | HELP | | SIGNUP | LOGIN |

Quickstart   HowTo's   Helper Libraries   API docs   Security

PHP

# REST API: Your Request

## Credentials

All requests to Twilio's REST API require you to authenticate using HTTP basic auth to convey your identity. The username is your AccountSid (a 34 character string, starting with the letters AC). The password is your AuthToken. Your AccountSid and AuthToken are on the Account Dashboardpage.

Most HTTP clients (including web-browsers) present a dialog or prompt for you to provide a username and password for HTTP basic auth. Most clients will also allow you to provide credentials in the URL itself. For example:

```
https://{AccountSid}:{AuthToken}@api.twilio.com/2010-04-01/Accounts
```

## Retrieving Resources with the HTTP GET Method

You can retrieve a representation of a resource by GETting its url. The easiest way to do this is to copy and paste a URL into your web browser's address bar.

## Possible GET Response Status Codes

- 200 OK: The request was successful and the response body contains the representation requested.
- 302 FOUND: A common redirect response; you can GET the representation at the URI in the Location response header.
- 304 NOT MODIFIED: Your client's cached version of the representation is still up to date.
- 401 UNAUTHORIZED: The supplied credentials, if any, are not sufficient to access the resource.
- 404 NOT FOUND: You know this one.
- 429 TOO MANY REQUESTS: Your application is sending too many simultaneous requests.
- 500 SERVER ERROR: We couldn't return the representation due to an internal server error.
- 503 SERVICE UNAVAILABLE: We are temporarily unable to return the representation. Please wait for a bit and try again.

Quickstart Tutorials
HowTo's and Examples
Helper Libraries
TwiML Reference
REST API Reference
Version 2010-04-01
Overview
  Request Formats
  Response Formats
  Test Credentials
REST Resources
  Accounts
    Subaccounts
  AvailablePhoneNumbers
  OutgoingCallerIds
  IncomingPhoneNumbers
  Applications
  ConnectApps
  AuthorizedConnectApps
  Calls
    Making Calls
    Modifying Live Calls
    Making Calls via SIP
  Call Feedback
  Conferences
    Participants
  Queues
    Members
  Short Codes
  Messages
    Sending SMS and MMS
    Media
  Recordings
  Transcriptions
  Notifications
  SIP
    Domains
    IpAccessControlLists
    CredentialLists

T 0004

## Creating or Updating Resources with the HTTP POST and PUT Methods

Creating or updating a resource involves performing an HTTP PUT or HTTP POST to a resource URI. In the PUT or POST, you represent the properties of the object you wish to update as form urlencoded key/value pairs. Don't worry, this is already the way browsers encode POSTs by default. But be sure to set the HTTP Content-Type header to "application/x-www-form-urlencoded" for your requests if you are writing your own client.

### Possible POST or PUT Response Status Codes

- 200 OK: The request was successful, we updated the resource and the response body contains the representation.
- 201 CREATED: The request was successful, we created a new resource and the response body contains the representation.
- 400 BAD REQUEST: The data given in the POST or PUT failed validation. Inspect the response body for details.
- 401 UNAUTHORIZED: The supplied credentials, if any, are not sufficient to create or update the resource.
- 404 NOT FOUND: You know this one.
- 405 METHOD NOT ALLOWED: You can't POST or PUT to the resource.
- 429 TOO MANY REQUESTS: Your application is sending too many simultaneous requests.
- 500 SERVER ERROR: We couldn't create or update the resource. Please try again.

## Deleting Resources with the HTTP DELETE Method

To delete a resource make an HTTP DELETE request to the resource's URL. Not all Twilio REST API resources support DELETE.

### Possible DELETE Response Status Codes

- 204 OK: The request was successful; the resource was deleted.
- 401 UNAUTHORIZED: The supplied credentials, if any, are not sufficient to delete the resource.
- 404 NOT FOUND: You know this one.
- 405 METHOD NOT ALLOWED: You can't DELETE the resource.
- 429 TOO MANY REQUESTS: Your application is sending too many simultaneous requests.
- 500 SERVER ERROR: We couldn't delete the resource. Please try again.

## HTTP Method Overloading

Twilio's REST API uses HTTP GET, POST, PUT and DELETE methods. Since some HTTP clients do not support methods PUT and DELETE, you can simulate them via POST by appending the query string parameter _method (yes, underscore method) to a resource URL. Valid values are PUT and DELETE.

Usage
  Records
  Triggers
Deprecated Resources
  Sandbox
  SMS Messages
  Sending SMS
Additional Information
  Tips and Tricks

SIP Reference

Client Reference

Connect Reference

Debugging Errors

Security

Availability & Reliability

Learning Resources

T 0005

For example, if you want to perform a DELETE request on a particular phone number resource you could:

```
DELETE /2010-04-01/Accounts/AC30947.../IncomingPhoneNumbers/PN12345567
```

But if your client is only capable of GET and POST, then you could perform a POST with a _method query string variable to achieve the same result:

```
POST /2010-04-01/Accounts/AC30947.../IncomingPhoneNumbers/PN123455677
```

| COMPANY | PRODUCTS | RESOURCES | COMMUNITY | SOLUTIONS | SUPPORT |
|---------|----------|-----------|-----------|-----------|---------|
| About Us | Voice | API & Docs | Twilio Blog | Elements | Help Center |
| Team | Client | Security | Engineering Blog | Showcase | Status |
| Jobs | Messaging | International | Twilio.org | Partners | Talk to Sales |
| | | Open Source | | DOers | |

© 2009 - 2014 Twilio, Inc. All rights reserved. Patents Pending.        Terms of Service | Privacy Policy

T 0006

# Exhibit G

PRODUCTS    PRICING    SOLUTIONS    API & DOCS    HELP              SIGNUP    LOGIN

Quickstart    HowTo's    Helper Libraries    API docs    Security

PHP

# REST API: Accounts

When you first sign up with Twilio, you have just one account, your Master account. But you can also create more accounts... subaccounts are useful for things like segmenting phone numbers and usage data for your customers and controlling access to data. For more information on subaccounts see Using Subaccounts.

## Account Instance Resource

An Account instance resource represents a single Twilio account.

## Resource URI

    /2010-04-01/Accounts/{AccountSid}

## Resource Properties

An Account resource is represented by the following properties:

| Property | Description |
| --- | --- |
| Sid | A 34 character string that uniquely identifies this account. |
| DateCreated | The date that this account was created, in GMT in RFC 2822 format |
| DateUpdated | The date that this account was last updated, in GMT in RFC 2822 format. |
| FriendlyName | A human readable description of this account, up to 64 characters long. By default the FriendlyName is your email address. |
| Type | The type of this account. Either Trial or Full if you've upgraded. |
| Status | The status of this account. Usually active, but can be suspended or closed. |
| AuthToken | The authorization token for this account. This token should be kept a secret, so no sharing. |
| Uri | The URI for this resource, relative to https://api.twilio.com. |
| SubresourceUris | The list of subresources under this account. |
| OwnerAccountSid | The Sid of the parent account for this account. The OwnerAccountSid of a parent account is its own sid. |

Quickstart Tutorials

HowTo's and Examples

Helper Libraries

TwiML Reference

REST API Reference

Version 2010-04-01

Overview
  Request Formats
  Response Formats
  Test Credentials
REST Resources
  Accounts
    Subaccounts
  AvailablePhoneNumbers
  OutgoingCallerIds
  IncomingPhoneNumbers
  Applications
  ConnectApps
  AuthorizedConnectApps
  Calls
    Making Calls
    Modifying Live Calls
    Making Calls via SIP
  Call Feedback
  Conferences
    Participants
  Queues
    Members
  Short Codes
  Messages
    Sending SMS and MMS
    Media
  Recordings
  Transcriptions
  Notifications
  SIP
    Domains
    IpAccessControlLists
    CredentialLists

T 0020

## HTTP GET

Returns a representation of an account, including the properties above.

Example

JSON    XML    PHP    Python    C#    Java    Ruby    Node.js

```php
1   <?php
2   // Get the PHP helper library from twilio.com/docs/php/install
3   require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the l·
4
5   // Your Account Sid and Auth Token from twilio.com/user/account
6   $sid = "ACba8bc05eacf94afdae398e642c9cc32d";
7   $token = "{{ auth_token }}";
8   $client = new Services_Twilio($sid, $token);
9
10  // Get an object from its sid. If you do not have a sid,
11  // check out the list resource examples on this page
12  $account = $client->accounts->get("ACba8bc05eacf94afdae398e642c9cc32d");
13  echo $account->date_created;
```

## HTTP POST and PUT

Allows you to modify the properties of an account.

See the Subaccounts reference for more information on suspending, unsuspending or closing subaccounts using the 'Status' parameter.

Optional Parameters

You may POST the following parameters:

| Property | Description |
|---|---|
| FriendlyName | Update the human-readable description of this account. |
| Status | Alter the status of this account: use closed to irreversibly close this account, suspended to temporarily suspend it, or active to reactivate it. |

Example 1

Suspend a subaccount by POSTing 'Status' = 'suspended':

JSON    XML    PHP    Python    C#    Java    Ruby    Node.js

```php
1   <?php
2   // Get the PHP helper library from twilio.com/docs/php/install
3   require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the l·
4
5   // Your Account Sid and Auth Token from twilio.com/user/account
6   $sid = "AC1365ff479ef6502d85c27be6467a310c";
7   $token = "{{ auth_token }}";
8   $client = new Services_Twilio($sid, $token);
9
10  // Get an object from its sid. If you do not have a sid,
11  // check out the list resource examples on this page
12  $account = $client->accounts->get("AC1365ff479ef6502d85c27be6467a310c");
13  $account->update(array(
14      "Status" => "suspended"
15  ));
16  echo $account->date_created;
```

Usage
  Records
  Triggers
Deprecated Resources
  Sandbox
  SMS Messages
  Sending SMS
Additional Information
  Tips and Tricks

SIP Reference

Client Reference

Connect Reference

Debugging Errors

Security

Availability & Reliability

Learning Resources

T 0021

Example 2

Re-activate a subaccount that was previously suspended by POSTing 'Status' = 'active':

| JSON | XML | PHP | Python | C# | Java | Ruby | Node.js |

```php
1    <?php
2    // Get the PHP helper library from twilio.com/docs/php/install
3    require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the li
4
5    // Your Account Sid and Auth Token from twilio.com/user/account
6    $sid = "AC1365ff479ef6502d85c27be6467a310c";
7    $token = "{{ auth_token }}";
8    $client = new Services_Twilio($sid, $token);
9
10   // Get an object from its sid. If you do not have a sid,
11   // check out the list resource examples on this page
12   $account = $client->accounts->get("AC1365ff479ef6502d85c27be6467a310c");
13   $account->update(array(
14           "Status" => "active"
15       ));
16   echo $account->status;
```

Example 3

Permanently close a subaccount by POSTing 'Status' = 'closed':

| JSON | XML | PHP | Python | C# | Java | Ruby | Node.js |

```php
1    <?php
2    // Get the PHP helper library from twilio.com/docs/php/install
3    require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the li
4
5    // Your Account Sid and Auth Token from twilio.com/user/account
6    $sid = "AC12345678123456781234567812345678";
7    $token = "{{ auth_token }}";
8    $client = new Services_Twilio($sid, $token);
9
10   // Get an object from its sid. If you do not have a sid,
11   // check out the list resource examples on this page
12   $account = $client->accounts->get("AC12345678123456781234567812345678");
13   $account->update(array(
14           "Status" => "closed"
15       ));
16   echo $account->date_created;
```

## HTTP DELETE

Not supported. You can't delete an account using the REST API.

## Accounts List Resource

The Accounts list resource represents the set of Accounts belonging to the Account used to make the API request. This list includes that account, along with any subaccounts belonging to it.

You can use the Accounts list resource to create subaccounts and retrieve the subaccounts that exist under your main account. See Subaccounts for more information.

T 0022

## Resource URI

/2010-04-01/Accounts

## HTTP GET

Retrieve a list of the Account resources belonging to the account used to make the API request. This list will include that Account as well.

### List Filters

The following query string parameters allow you to limit the list returned. Note, parameters are case-sensitive:

| Parameter | Description |
|-----------|-------------|
| FriendlyName | Only return the Account resources with friendly names that exactly match this name. |
| Status | Only return Account resources with the given status. Can be closed, suspended or active. |

### Example 1

List all accounts:

**JSON**   XML   PHP   Python   C#   Java   Ruby   **Node.js**

```php
<?php
// Get the PHP helper library from twilio.com/docs/php/install
require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the l'

// Your Account Sid and Auth Token from twilio.com/user/account
$sid = "AC32a3c49700934481addd5ce1659f04d2";
$token = "{{ auth_token }}";
$client = new Services_Twilio($sid, $token);

// Loop over the list of accounts and echo a property for each one
foreach ($client->accounts as $account) {
    echo $account->date_created;
}
```

### Example 2

List all accounts that are currently 'active':

**JSON**   XML   PHP   Python   C#   Java   Ruby   **Node.js**

```php
<?php
// Get the PHP helper library from twilio.com/docs/php/install
require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the l'

// Your Account Sid and Auth Token from twilio.com/user/account
$sid = "AC32a3c49700934481addd5ce1659f04d2";
$token = "{{ auth_token }}";
$client = new Services_Twilio($sid, $token);

// Loop over the list of accounts and echo a property for each one
foreach ($client->accounts->getIterator(0, 50, array(
        "Status" => "active"
    )) as $account
) {
    echo $account->friendly_name;
}
```

T 0023

## HTTP POST

Create a new Account instance resource as a subaccount of the one used to make the request. See Creating Subaccounts for more information.

## HTTP PUT

Not supported

## HTTP DELETE

Not Supported

| COMPANY | PRODUCTS | RESOURCES | COMMUNITY | SOLUTIONS | SUPPORT |
|---------|----------|-----------|-----------|-----------|---------|
| About Us | Voice | API & Docs | Twilio Blog | Elements | Help Center |
| Team | Client | Security | Engineering Blog | Showcase | Status |
| Jobs | Messaging | International | Twilio.org | Partners | Talk to Sales |
| | | Open Source | | DOers | |

© 2009 - 2014 Twilio, Inc. All rights reserved. Patents Pending.          Terms of Service | Privacy Policy

T 0024

# Exhibit H

| PRODUCTS | PRICING | SOLUTIONS | API & DOCS | HELP | | SIGNUP | LOGIN |

Quickstart    HowTo's    Helper Libraries    API docs    Security

PHP

Quickstart Tutorials

# REST API: Sending SMS or MMS

HowTo's and Examples

Helper Libraries

Sending an SMS or MMS is one of the most common tasks performed on the Twilio Platform. Sending a message is as simple as POST-ing to theMessages resource but since it's a common action it's worth walking through in detail below.

TwiML Reference

REST API Reference

## HTTP POST to Messages

Version 2010-04-01

Overview

To send a new outgoing message, make an HTTP POST to your Messages list resource URI:

Request Formats

Response Formats

Test Credentials

/2010-04-01/Accounts/{AccountSid}/Messages

REST Resources

Accounts

## POST Parameters

Subaccounts

AvailablePhoneNumbers

Required Parameters

OutgoingCallerIds

The following parameters are required in your POST to send the message:

IncomingPhoneNumbers

Applications

| Parameter | Description |
|-----------|-------------|
| From | A Twilio phone number enabled for the type of message you wish to send. Only phone numbers or short codes purchased from Twilio work here; you cannot (for example) spoof messages from your own cell phone number. |
| To | The destination phone number. Format with a '+' and country code e.g., +16175551212 (E.164 format). For 'To' numbers without a '+', Twilio will use the same country code as the 'From' number. Twilio will also attempt to handle locally formatted numbers for that country code (e.g. (415) 555-1212 for US, 07400123456 for GB). If you are sending to a different country than the 'From' number, you must include a '+' and the country code to ensure proper delivery. |

ConnectApps

AuthorizedConnectApps

Calls

Making Calls

Modifying Live Calls

Making Calls via SIP

Call Feedback

Conferences

Participants

Queues

You must also POST at least one of the following parameters:

Members

Short Codes

Messages

| Parameter | Description |
|-----------|-------------|
| Body | The text of the message you want to send, limited to 1600 characters. |
| MediaUrl | The URL of the media you wish to send out with the message. `gif`, `png` and `jpeg` content is currently supported and will be formatted correctly on the recipient's device. Other types are also accepted by the API. If you wish to send more than one image in the message body, please provide multiple MediaUrl values in the POST request. |

Sending SMS and MMS

Media

Recordings

Transcriptions

Notifications

SIP

Domains

If you are sending non-BMP characters in the message Body the number of characters could be smaller than 1600. Almost all global languages are supported without the use of the non-BMP character plane.

IpAccessControlLists

CredentialLists

**T 0118**

Note that if you do not specify a MediaUrl and the body is greater than 160 characters, the message will be sent as SMS,segmented and charged accordingly.

Content types for MediaUrl validation are fetched via the content-type header at the provided URLs. If the content-type header does not match the media, Twilio will reject the request. Twilio supports image/gif, image/png, and image/jpeg mime-types andaccepts many others.

> If you are sending messages while in trial mode, the 'To' phone number must be verified with Twilio.

### Optional Parameters

You may include the following parameters:

| Parameter | Description |
|---|---|
| StatusCallback | A URL that Twilio will POST to each time your message status changes to one of the following: failed, sent, delivered, or undelivered. Twilio will POST the MessageSid along with the other standard request parameters as well as MessageStatus and ErrorCode. |
| ApplicationSid | Twilio will POST MessageSid as well as MessageStatus=sent or MessageStatus=failed to the URL in the MessageStatusCallback property of this Application. If the StatusCallback parameter above is also passed, the Application's MessageStatusCallback parameter will take precedence. |

### StatusCallback Parameter

Each time a message status changes, Twilio will make an asynchronous HTTP request to the StatusCallback URL, if you provided one.

### Request Parameters

The parameters Twilio passes to your application in its request to the StatusCallback URL include all thestandard request parameters and these additional parameters:

| Parameter | Description |
|---|---|
| MessageStatus | The status of the message. Message delivery information is reflected in message status. The possible values are described here. |
| ErrorCode | The error code (if any) associated with your message. If your message status is failed or undelivered, the ErrorCode can give you more information about the failure. If the message was delivered successfully, no ErrorCode will be present. The possible values are described here. |

### Example

Send an Message from 415-814-1829 to 555-867-5309 begging Jenny for a second chance including a heart image:

| JSON | XML | PHP | Python | C# | Java | Ruby | Node.js |



```
1
2   <?php
3   // Get the PHP helper Library from twilio.com/docs/php/install
4   require_once('/path/to/twilio-php/Services/Twilio.php'); // Loads the l'
```

Usage
  Records
  Triggers
Deprecated Resources
  Sandbox
  SMS Messages
  Sending SMS
Additional Information
  Tips and Tricks

SIP Reference

Client Reference

Connect Reference

Debugging Errors

Security

Availability & Reliability

Learning Resources

T 0119

```
6    // Your Account Sid and Auth Token from twilio.com/user/account
7    $sid = "AC5ef8732a3c49700934481addd5ce1659";
8    $token = "{{ auth_token }}";
9    $client = new Services_Twilio($sid, $token);
10
     $client->account->messages->sendMessage("+14158141829", "+15558675309",
```

## Rate limiting

You can queue as many messages as you like, however Twilio will only send out messages at a rate of one message per phone number per second. It is not possible to adjust this rate, and it does not vary based on the country in which your number is located.

If you anticipate the need to send out a large number of messages quickly (a time-limited promotion, for example) or at a rate greater than one message per second, you can purchase additional numbers, increasing your outbound capacity.

Short codes are not subject to the same rate limits as long-code numbers and may be a better option for you. Check out our short code FAQ to determine what is best for you.

## Handling Message Replies

By specifying an Message URL for your messaging enabled Twilio phone number, Twilio will make a request to your application to notify you when someone replies to a message you send. Twilio's request and your corresponding response are covered in the Message portion of the TwiML documentation.

| COMPANY | PRODUCTS | RESOURCES | COMMUNITY | SOLUTIONS | SUPPORT |
|---|---|---|---|---|---|
| About Us | Voice | API & Docs | Twilio Blog | Elements | Help Center |
| Team | Client | Security | Engineering Blog | Showcase | Status |
| Jobs | Messaging | International | Twilio.org | Partners | Talk to Sales |
| | | Open Source | | DOers | |

© 2009 - 2014 Twilio, Inc. All rights reserved. Patents Pending.          Terms of Service | Privacy Policy

T 0120