Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:11-cv-02584-PJH<br><br>**DECLARATION OF BENJAMIN H. RICHMAN IN SUPPORT OF PLAINTIFF GLAUSER'S OPPOSITION TO GROUPME'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S INDIVIDUAL CLAIMS** |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted *pro hac vice* in the United States District Court for the Northern District of California. I am entering this declaration in support of Plaintiff Brian Glauser's Opposition to GroupMe's Motion for Summary Judgment of Plaintiff's Individual Claims. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am a partner in the law firm of Edelson PC, which has been retained to represent the named-plaintiff in this matter, Brian Glauser.

***Attachments to the Declaration of Shawn C. Davis***

3. Attached to the Declaration of Shawn C. Davis ("Davis Declaration") as Exhibit A are true and accurate copies of documents bates labeled GM_0000231-0000232, which consist of information related to how the GroupMe system stores data. Pursuant to the terms of the June 23, 2014 Protective Order entered in this matter, GroupMe has designated these documents "Highly Confidential – Attorneys' Eyes Only." As a result, Plaintiff has filed contemporaneously herewith an administrative motion to file these documents under seal and has submitted the documents to the Court (conditionally) under seal in connection with that motion.

4. Attached to the Davis Declaration as Exhibit B are true and accurate copies of documents bates labeled GM_0000133-0000138, which consist of an excerpt of the source code underlying GroupMe's proprietary texting platform. Pursuant to the terms of the June 23, 2014 Protective Order entered in this matter, GroupMe has designated these documents "Highly Confidential – Source Code." As a result, Plaintiff has filed contemporaneously herewith an administrative motion to file these documents under seal and has submitted the documents to the Court (conditionally) under seal in connection with that motion.

5. Attached to the Davis Declaration as Exhibit C is a true and accurate copy of a document bates labeled GM_0000150, which consists of an excerpt of the source code underlying GroupMe's proprietary texting platform. Pursuant to the terms of the June 23, 2014 Protective Order entered in this matter, GroupMe has designated this document "Highly Confidential –

Source Code." As a result, Plaintiff has filed contemporaneously herewith an administrative motion to file this document under seal and has submitted the document to the Court (conditionally) under seal in connection with that motion.

6. Attached to the Davis Declaration as Exhibit D are true and accurate copies of documents bates labeled GM_0000125-0000129, which consist of an excerpt of the source code underlying GroupMe's proprietary texting platform. Pursuant to the terms of the June 23, 2014 Protective Order entered in this matter, GroupMe has designated these documents "Highly Confidential – Source Code." As a result, Plaintiff has filed contemporaneously herewith an administrative motion to file these documents under seal and has submitted the documents to the Court (conditionally) under seal in connection with that motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 30th day of September 2014 at Chicago, Illinois.

/s/ Benjamin H. Richman