BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Defendant
GROUPME, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:11-cv-02584-PJH<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | <div align="center">**CERTIFICATE OF SERVICE**</div> |
| 2 | 1. October 2, 2014, I served the following document(s): **DECLARATION OF J. JONATHAN HAWK UNDER CIVIL LOCAL RULE 79-5(e)(1) IN SUPPORT OF PLAINTIFF BRIAN GLAUSER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.** |

# CERTIFICATE OF SERVICE

1. October 2, 2014, I served the following document(s): **DECLARATION OF J. JONATHAN HAWK UNDER CIVIL LOCAL RULE 79-5(e)(1) IN SUPPORT OF PLAINTIFF BRIAN GLAUSER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.**

2. I served the above-named document(s) by the following means to the persons as listed below:

[X]   a.   **ECF System (attach the "Notice of Electronic Filing" or list all persons and addresses):**

Jay Edelson, Esq.
Rafey S. Balabanian, Esq.
Benjamin H. Richman, Esq.
Christopher L. Dore, Esq.
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312-589-6370
Fax: 312-589-6378
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com

Attorneys for Brian Glauser

Mark Eisen, Esq.
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: 213-533-4100
Fax: 213-947-4251
meisen@edelson.com

Attorney for Brian Glauser

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of October, 2014.

<div align="right">

_/s/ J. Jonathan Hawk_
J. Jonathan Hawk

</div>

1