BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Defendant
GROUPME, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:11-cv-02584-PJH<br><br>**DEFENDANT GROUPME, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Pursuant to Civil L.R. 79-5 and 7-11, defendant GroupMe, Inc. ("GroupMe") hereby brings this administrative motion for an order sealing certain evidence filed with GroupMe's Reply Brief in Support of its Motion for Summary Judgment. Specifically, GroupMe seeks an order sealing paragraphs 3 and 4 of the Supplemental Declaration of John Pignata ("Supplemental Pignata Declaration"). GroupMe has established good cause to permit filing this information under seal through the Declaration of J. Jonathan Hawk ("Hawk Decl."), filed contemporaneously herewith.

Specifically, paragraphs 3 and 4 of the Supplemental Pignata Declaration set forth and discuss excerpts of source code GroupMe designated "HIGHLY CONFIDENTIAL – SOURCE CODE," pursuant to the protective order the Court entered on June 23, 2014 (Dkt. No. 111 at § 2.8). GroupMe developed this source code for its proprietary social group texting service to perform certain functions, and it is <u>not</u> public. Hawk Decl., ¶ 3. GroupMe treats the source code discussed and shown in paragraphs 3 and 4 of the Supplemental Pignata Declaration as highly confidential and valuable trade secret information, and public disclosure of this information would cause GroupMe competitive harm. *Id.*; *see Agency Solutions.com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011) (noting "source code is undoubtedly a trade secret"); *see also Brocade Commcn's Syst., Inc. v. A10 Networks, Inc.*, No. 10-cv-03428-PSG, Dkt. No. 918 at 4 (N.D. Cal. Mar. 26, 2013) (noting "source code" and "trade secret descriptions" "may be sealed").

This request is narrowly tailored to apply only to those portions of the Supplemental Pignata Declaration that address and set forth excerpts from GroupMe's source code. Accordingly, GroupMe respectfully requests the Court order paragraphs 3 and 4 of the Supplemental Pignata Declaration be filed under seal.

Dated: October 20, 2014

WHITE & CASE LLP

By: /s/ *Bryan A. Merryman*
Bryan A. Merryman

Attorneys for Defendant
GROUPME, INC.