1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION

11 | BRIAN GLAUSER, individually and on behalf | Case No. 4:11-cv-02584-PJH
12 | of a class of similarly situated individuals,
   |                            Plaintiffs,   | **[PROPOSED] ORDER GRANTING
13 |                                          | DEFENDANT GROUPME, INC.'S
14 |                     v.                   | ADMINISTRATIVE MOTION TO FILE
   | TWILIO, INC., a Delaware corporation; and | DOCUMENT UNDER SEAL**
15 | GROUPME, INC., a Delaware corporation,
16 |
17 |                            Defendants.
18
19
20
21
22
23
24
25
26
27
28

LOSANGELES 1138454 (2K)

[PROPOSED] ORDER GRANTING GROUPME'S ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL; 4:11-CV-02584-PJH

1    On October 20, 2014, defendant GroupMe, Inc. ("GroupMe") filed a motion
2  ("Administrative Motion") to file under seal evidence submitted with GroupMe's Reply Brief in
3  Support of its Motion for Summary Judgment that sets forth and addresses excerpts of
4  GroupMe's source code.  Specifically, the Administrative Motion seeks an order permitting
5  GroupMe to file under seal paragraphs 3 and 4 of the Supplemental Declaration of John Pignata.
6    Having reviewed the Administrative Motion, the Declaration of J. Jonathan Hawk in
7  support thereof, and redacted and unredacted portions of the Supplemental Declaration of John
8  Pignata that GroupMe proposes to file under seal, the Court finds GroupMe's request to be
9  narrowly tailored, there is good cause and a "compelling reason" to seal the materials identified,
10 and, therefore, GroupMe's Administrative Motion is hereby **GRANTED**.
11 **IT IS SO ORDERED.**

Dated:  October ___, 2014

_____
Hon. Phyllis J. Hamilton
United States District Judge