1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
3  WHITE & CASE LLP
   633 W. Fifth Street, Suite 1900
4  Los Angeles, CA  90071-2007
   Telephone:  (213) 620-7700
5  Facsimile:  (213) 452-2329

6  BIJAL V. VAKIL (SBN 192878)
   bvakil@whitecase.com
7  WHITE & CASE LLP
   5 Palo Alto Square, 9th Floor
8  3000 El Camino Real
   Palo Alto, CA  94306
9  Telephone:  (650) 213-0300
   Facsimile:  (650) 213-8158
10
   Attorneys for Defendant
11 GROUPME, INC.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                             OAKLAND DIVISION

15 | BRIAN GLAUSER, individually and on behalf | Case No. 4:11-cv-02584-PJH
   | of a class of similarly situated individuals,
16 |
   |                                Plaintiffs,  | **DEFENDANT GROUPME, INC.'S**
17 |                                              | **STATEMENT OF RECENT DECISION**
   |          v.
18 |
   | TWILIO, INC., a Delaware corporation; and   | Date:  November 5, 2014
19 | GROUPME, INC., a Delaware corporation,      | Time:  9:00 a.m.
   |                                              | Courtroom: 3
20 |
   |                                Defendants.
21

In support of its Motion For Summary Judgment (Dkt. No. 107), defendant GroupMe, Inc. submits the following supplemental authority, *Jordan Marks v. Crunch San Diego, LLC*, No. 3:14-cv-00348-BAS-BLM (Order, Dkt. No. 55 (S.D. Cal. Oct. 23, 2014)), attached hereto as Exhibit A.

Dated: October 28, 2014                WHITE & CASE LLP


                                       By:   /s/ *Bryan A. Merryman*
                                             Bryan A. Merryman

                                       Attorneys for Defendant
                                       GROUPME, INC.