# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: November 5, 2014 (Time: 50 minutes)**          **JUDGE:  Phyllis J. Hamilton**

**Case No: 11-cv-02584-PJH**
**Case Name: Glauser v. Twilio, et al.**

**Attorney(s) for Plaintiff:**          Rafey Balabanian
**Attorney(s) for Defendant:**          Bryan Merryman

**Deputy Clerk: Nichole Heuerman**          **Court Reporter: Not Reported**

## PROCEEDINGS

Defendant's Group Me's Motion for Summary Judgment-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc: chambers**