# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted September 12, 2014
Decided December 22, 2014

Before

RICHARD A. POSNER, *Circuit Judge*
DANIEL A. MANION, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| No.: 14-8020 | IN RE: PATH, INC., a Delaware corporation, Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-02330 Northern District of Illinois, Eastern Division District Judge Manish S. Shah ||

The following are before the court:

1. **DEFENDANT-PETITIONER PATH, INC.'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on August 18, 2014, by counsel for the petitioner.

2. **PLAINTIFF-RESPONDENT'S RESPONSE IN OPPOSITION TO DEFENDANT-PETITIONER PATH, INC.'S PETITION FOR PERMISSION TO APPEAL**, filed on September 4, 2014, by counsel for the respondent.

3. **DEFENDANT-PETITIONER PATH, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on September 8, 2014, by counsel for the petitioner.

Appeal no. 14-8020 Page 2

4. **DEFENDANT-PETITIONER PATH, INC.'S REPLY BRIEF IN SUPPORT OF ITS PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on September 8, 2014, by counsel for the petitioner.

**IT IS ORDERED** that the petitioner's motion to file Reply Brief in Support of its Petition for Permission to Appeal is **GRANTED**. The clerk of this court shall file the petitioner's submitted reply brief **INSTANTER**.

**IT IS FURTHER ORDERED** that the Petition for Permission to Appeal is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)