United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRIAN GLAUSER, individually and on behalf of all other similarly situated,

    Plaintiff,

    v.

GROUPME, INC.,

    Defendant.
_____/

No. C 11-2584 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant GroupMe, Inc., and against plaintiff Brian Glauser, on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge