**United States District Court**

For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8    BRIAN GLAUSER, individually and on
     behalf of all other similarly situated,

9            Plaintiff,                        No. C 11-2584 PJH

10   v.                                        **JUDGMENT**

11   GROUPME, INC.,

12           Defendant.
     _____/

13

14       This action came on for hearing before the court, and the issues having been duly

15   heard and the court having granted defendant's motion for summary judgment,

16       it is Ordered and Adjudged

17       that judgment is entered in favor of defendant GroupMe, Inc., and against plaintiff

18   Brian Glauser, on the claims asserted against it.

19

20       **IT IS SO ORDERED.**

21   Dated: February 4, 2015

22                                             _____
                                               PHYLLIS J. HAMILTON
23                                             United States District Judge

24

25

26

27

28