```
BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Defendant
GROUPME, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN GLAUSER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO, INC., a Delaware corporation; and GROUPME, INC., a Delaware corporation,<br><br>Defendants. | No. 4:11-cv-02584-PJH<br><br>**DECLARATION OF BRYAN A. MERRYMAN IN SUPPORT OF DEFENDANT GROUPME, INC.'S BILL OF COSTS**<br><br>Complaint Filed:  May 17, 2011<br>Judgment Entered:  February 4, 2015 |

# DECLARATION OF BRYAN A. MERRYMAN

I, Bryan A. Merryman, declare:

1. I am a partner of the law firm of White & Case LLP, attorneys of record in this action for defendant GroupMe, Inc. ("GroupMe"). I am admitted to practice before all courts in the State of California and before this Court. I have personal knowledge of the facts stated herein and, if sworn as a witness, could and would testify competently thereto.

2. This declaration addresses the costs incurred by GroupMe in this action in the amount of $15,178.03, as shown in GroupMe's Bill of Costs and Exhibits A through C hereto.

3. On February 4, 2015, the Court granted GroupMe's motion for summary judgment (Dkt. No. 149), and entered judgment (Dkt. No. 150). Accordingly, GroupMe is the prevailing party and is entitled to recover its costs pursuant to Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Civil Local Rule 54.

4. I have reviewed GroupMe's Bill of Costs and Exhibits A through C, including the invoices. The costs included in GroupMe's Bill of Costs accurately reflect expenses incurred by GroupMe and were reasonably necessary to represent GroupMe in this action. Further, the costs in GroupMe's Bill of Costs are attributable to the claims asserted by plaintiff and recoverable under 28 U.S.C. § 1920, Civil Local Rule 54-3, and relevant case law.

5. "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case" are taxable pursuant to 28 U.S.C. § 1920(2). Here, GroupMe seeks costs of deposition transcripts (stenographic) in the amount of $3,389.70, and a hearing transcript in the amount of $77.60, as reflected in Exhibits A and B, respectively. Further, 28 U.S.C. § 1920(4), Civil Local Rule 54-3(d)(2) and case law permit taxing "[t]he cost of reproducing disclosure or formal discovery documents when used for any purpose in the case." *See, e.g., eBay Inc. v. Kelora Sys., LLC*, 2013 U.S. Dist. LEXIS 49835, at *20 (N.D. Cal. Apr. 5, 2013). GroupMe seeks e-discovery costs for reproducing documents to plaintiff in the amount of $11,710.73, as reflected in Exhibit C.

## Deposition Costs

6. GroupMe seeks deposition costs in the amount of $3,389.70.

- 1 -

7. Under 28 U.S.C. § 1920(2) and Civil Local Rule 54-3, costs for deposition transcripts are recoverable. Civil Local Rule 54-3(c)(1) provides "[t]he cost of an original and one copy of any deposition (including videotaped depositions) taken for any purpose in connection with the case is allowable." The cost of reproducing exhibits to a deposition is also recoverable. Civil Local Rule 54-3(c)(3).

8. Pursuant to Civil Local Rule 54-3(c), GroupMe includes in its Bill of Costs only recoverable costs related to the deposition it took in this case of plaintiff's proffered expert witness, including the exhibits thereto. *See Ancora Tech, Inc. v. Apple, Inc.*, 2013 WL 4532927, at *5-6 (N.D. Cal. Aug. 26, 2013) (holding Local Rule 54-3(c)(1) allows the prevailing party to recover costs for two versions of a deposition transcript, including rough drafts or real-time transcripts). This Court regularly permits taxation of costs for stenographic transcripts. *See MEMC Elec. Materials v. Mitsubishi Materials*, 2004 WL 5361246, at *10 (N.D. Cal. Oct. 22, 2004) ("[t]he Court concludes . . . a sensible reading of [Civil Local Rule 54-3(c)(1)] covers the cost of videotaping *and* the cost incurred by the court reporter associated with obtaining a stenographic transcription of a deposition, as well as the cost of one copy of the videotape and of the written transcript") (emphasis in original); *eBay Inc.*, 2013 U.S. Dist. LEXIS 49835, at *32 (N.D. Cal. Apr. 5, 2013) (taxing written transcript expenses and observing, "[r]ecent Federal Circuit and district court decisions have permitted taxation of costs both for a stenographic and video deposition in appropriate circumstances").

9. This Court taxes shipping and handling costs for deposition transcripts. *Petroliam Nasional Berhad v. GoDaddy.com, Inc.*, 2012 WL 1610979, at *2 (N.D. Cal. May 8, 2012) ("the court finds that the charge for 'shipping and handling' can reasonably be viewed as part of 'the cost of an original and one copy of any deposition'"); *In re Ricoh Co.*, 2010 WL 8961328, at *5 (N.D. Cal. Sept. 29, 2010) ("shipping costs for deposition transcripts are taxable").

10. A spreadsheet of deposition costs and true and correct copies of the invoice evidencing these costs are attached as Exhibits A-1 and A-2, respectively.

**Hearing Transcript Costs**

11. Pursuant to 28 U.S.C. § 1920(2) and Civil Local Rule 54-3, GroupMe seeks the

cost of one hearing transcript in the amount of $77.60.

12. Case law supports the recovery of the cost of a hearing transcript where the transcript was "necessarily obtained." *See Affymetrix, Inc. v. Multilyte Ltd.*, No. C-03-03779 WHA, 2005 WL 2072113, at *1-2 (N.D. Cal. Aug. 26, 2005) (awarding the prevailing party "the cost of all hearing transcripts because they were necessarily obtained" in a case that was "contentiously litigated"). Here, GroupMe obtained the transcript of the hearing on September 3, 2014, on plaintiff's motion under Federal Rule of Civil Procedure 56(d), seeking an order extending his time to respond to GroupMe's motion for summary judgment. GroupMe needed the hearing transcript to proceed with discovery pursuant to certain limitations explained by the Court during the hearing on September 3, 2014.

13. A spreadsheet of transcript costs and a true and correct copy of the invoice evidencing this cost are attached as Exhibits B-1 and B-2, respectively.

### Electronic Discovery Production Costs

14. GroupMe seeks its costs of reproducing documents for the purpose of discovery in the amount of $11,710.73.

15. Pursuant to 28 U.S.C. § 1920(4), Civil Local Rule 54-3(d)(2), and case law, GroupMe includes in its Bill of Costs "[t]he cost of reproducing disclosure or formal discovery documents when used for any purpose in the case." *See, e.g., eBay, Inc.*, 2013 U.S. Dist. LEXIS 49835, at *20.

16. The costs GroupMe seeks to recover here are the same costs charged by the same vendor (Lighthouse), as approved by Judge Beeler in this district, in *eBay Inc.*, 2013 U.S. Dist. LEXIS 49835, at *22-27, 31, for: processing native files; image conversion and exporting; converting documents to .PDF/.TIFF formats; numbering documents for production; OCR conversion of documents; database administration; technical project management; case planning and management; and, quality assurance checks. *See also GoDaddy.com, Inc.*, 2012 WL 1610979, at *4 (taxing e-discovery costs for "convert[ing] computer data into readable format"). A spreadsheet of costs and true and correct copies of the invoices evidencing these costs are attached as Exhibits C-1 and C-2, respectively.

I declare under penalty of perjury under laws of the United States of America the foregoing is true and correct. Executed on this 17th day of February, 2015, at Los Angeles, California.

                    /s/ *Bryan A. Merryman*
                        Bryan A. Merryman

Americas 90416983

DECLARATION OF BRYAN A. MERRYMAN;
No. 4:11-cv-02584-PJH

# EXHIBIT A-1

EXHIBIT A - 1   DEPOSITION TRANSCRIPTS

| Invoice Date | Invoice No. | Vendor | Witness/Description of Charges | Line Item Charges | Total Invoiced | Amount Claimed |
|---|---|---|---|---|---|---|
| 11/14/2014 | CA2178016 | Veritext | Shawn Davis | | $3,764.20 | $3,389.70 |
| | | | Original with 1 Certified Transcript | $2,663.36 | | |
| | | | Attendance Fee | $292.50 | | |
| | | | Exhibits | $130.50 | | |
| | | | Realtime Services | $574.00 | | |
| | | | CD Depo Litigation Package | $52.00 | | |
| | | | Production & Processing | $30.00 | | |
| | | | Shipping & Handling | $21.84 | | |
| | | | TOTAL | | $3,764.20 | $3,389.70 |

# EXHIBIT A-2

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Bryan A Merryman, Esq<br>White & Case LLP<br>633 West 5th St<br>Suite 1900<br>Los Angeles, CA, 90071-2087 | | Invoice #: | CA2178016 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/14/2014 |
| | | | Balance Due: | $3,764.20 |

| Case: | Brian Glauser v. Twilio, Inc. |
|---|---|
| Job #: | 1942383 \| Job Date: 10/9/2014 \| Delivery: Expedited |
| Billing Atty: | Bryan A Merryman, Esq |
| Location: | Edelson P.C. |
| | 350 N. LaSalle St. \| 13th Floor \| Chicago, IL 60654 |
| Sched Atty: | Bryan A Merryman, Esq \| White & Case LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Shawn Davis | Original with 1 Certified Transcript | Page | 328.00 | $2,663.36 |
| | Attendance Fee | Hour | 6.50 | $292.50 |
| | Exhibits | Per Page | 522.00 | $130.50 |
| | Realtime Services | Page | 328.00 | $574.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $52.00 |
| | Production & Processing | 1 | 1.00 | $30.00 |
| | Shipping & Handling | Package | 1.00 | $21.84 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,764.20 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,764.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | | Invoice #: | CA2178016 |
|---|---|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | | Job #: | 1942383 |
| | | | Invoice Date: | 11/14/2014 |
| | | | Balance: | $3,764.20 |

42656

# EXHIBIT B-1

**EXHIBIT B - 1 HEARING TRANSCRIPTS**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoiced | Total Claimed |
|---|---|---|---|---|---|
| 9/4/2014 | | USDC N.D. Cal. | Reporter's Transcript of Proceeding -- Glauser v. GroupMe (9/3/2014) | $77.60 | $77.60 |
| | | | | TOTAL | $77.60 |

# EXHIBIT B-2

```
 1                KELLY LEE POLVI, CSR, RMR, FCRR
                         P.O. Box 1427
 2                   Alameda, California 94501
                         (503) 779-7406
 3                      kpolvi@comcast.net

 4
                                        September 4, 2014
 5

 6
     Karina Amador
 7   Practice Assistant
     White & Case LLP
 8   633 West Fifth Street, Suite 1900
     Los Angeles, CA 90071-2007
 9
     Re:  Glauser v. Twilio
10        Civil Case No. 4:11-cv-02584 - Hearing date 9/3/14

11   Your client:  GroupMe

12   Date ordered:  9/3/14

13   Delivered:  9/4/14

14   Original PDF/ECF filing - 7-day turnaround
     16 pages @ $4.85 page = $77.60
15

16                              TOTAL DUE:  $77.60

17

18   Total is due on receipt of statement.

19

20

21   I certify that the transcript fees charged and page
     format used comply with the requirements of this court
22   and the Judicial Conference of the United States.

23   **Thank you very much.**

24

25
```

Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. • /2013) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Karina Amador | **2a. CONTACT PHONE NUMBER**<br>(213) 620-7753 | **3a. CONTACT EMAIL ADDRESS**<br>kamador@whitecase.com |
| **1b. ATTORNEY NAME (if different)**<br>J. Jonathan Hawk | **2b. ATTORNEY PHONE NUMBER**<br>(213) 620-7741 | **3b. ATTORNEY EMAIL ADDRESS**<br>jhawk@whitecase.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**<br>White & Case LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071 | **5. CASE NAME**<br>Brian Glauser v. Twilio, Inc., et al. | **6. CASE NUMBER**<br>4:11-cv-02584-PJH |
| **7. COURT REPORTER NAME** ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Kelly Polvi | **8. THIS TRANSCRIPT ORDER IS FOR:**<br>☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL  ☑ CIVIL  ■ CJA: Do not use this form; use Form CJA24 | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (Initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 09/03/2014 | PJH | Motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>**11. SIGNATURE** *[signature: J. Jonathan Hawk]* | **12. DATE**<br>09/03/2014 |
|---|---|
| DISTRIBUTION:  ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY | |

EXHIBIT C-1

EXHIBIT C - 1  eDiscovery

| Ctrl. No. | Invoice Date | Invoice No. | Vendor | Witness/Description of Charges | Line Item Charges | Total Invoiced | Amount Claimed |
|---|---|---|---|---|---|---|---|
| 1 | 6/30/2014 | MIC06 | Lighthouse | eDiscovery | | $12,077.45 | $10,856.57 |
| | | | | Native Processing/Filtering | $2,212.00 | | |
| | | | | Image Conversion and Export | $476.00 | | |
| | | | | Native conversion to TIFF/PDF | $6.56 | | |
| | | | | TIFF/PDF to PDF/TIFF | $1.95 | | |
| | | | | OCR processing | $106.56 | | |
| | | | | Electronic Bate number/POD | $3.50 | | |
| | | | | Cull/Filter | $1,078.77 | | |
| | | | | Online review data hosting fee | $142.11 | | |
| | | | | DB Admin/Modification: Load/Transfer/Export Data | $1,330.00 | | |
| | | | | DB Admin/Modification: DB Creation | $42.00 | | |
| | | | | Review Support: User Support | $322.00 | | |
| | | | | Case Planning & Mgmt: Analysis and Specifications | $2,044.00 | | |
| | | | | Case Planning & Mgmt: Case Communications | $1,120.00 | | |
| | | | | Case Planning & Mgmt: Custom Data Handling | $210.00 | | |
| | | | | Case Planning & Mgmt: Deliverable Prep | $406.00 | | |
| | | | | Data Handling/Staging | $112.00 | | |
| | | | | Deliverable QA | $616.00 | | |
| | | | | Custom Data Handling | $574.00 | | |
| | | | | Native Processing/Filtering | $448.00 | | |
| | | | | Image Conversion and Export | $602.00 | | |
| | | | | Case Planning & Mgmt: Case Communications | $224.00 | | |
| 2 | 7/31/2014 | MIC07 | Lighthouse | eDiscovery | | $1,001.01 | $854.16 |
| | | | | Deliverable QA | $70.00 | | |
| | | | | Case Planning & Mgmt: Deliverable Prep | $168.00 | | |
| | | | | Case Planning & Mgmt: Case Communications | $98.00 | | |
| | | | | Case Planning & Mgmt: Analysis and Specifications | $364.00 | | |
| | | | | Review Support: User Support | $42.00 | | |
| | | | | DB Admin/Modification: Load/Transfer/Export Data | $42.00 | | |
| | | | | DB Admin/Modification: Load/Transfer/Export Data | $70.00 | | |
| | | | | Online review data hosting fee | $146.85 | | |
| | | | | Electornic Bate number/POD | $0.05 | | |
| | | | | OCR processing | $0.02 | | |
| | | | | Native conversion to TIFF/PDF | $0.09 | | |
| | | | | TOTAL | | $13,078.46 | $11,710.73 |

# EXHIBIT C-2



# Lighthouse eDiscovery

**Invoice #:** 0112819-IN

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | June 30, 2014 |
| **Customer Number:** | 00-MIC |
| **Job Reference:** | MIC06 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**
Microsoft Corporation
One Microsoft Way
Building # 8
Redmond      WA      98052

| | |
|---|---|
| **Client Matter Number:** | 100056918 |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Native Processing/Filtering | HR | 15.80 | $140.000 | $2,212.00 |
| Image Conversion and Export | HR | 3.40 | $140.000 | $476.00 |
| Native conversion to TIFF/PDF | EA | 437.00 | $.015 | $6.56 |
| TIFF/PDF to PDF/TIFF | EA | 195.00 | $.010 | $1.95 |
| OCR processing | EA | 5,328.00 | $.020 | $106.56 |
| Electronic Bates number/POD | EA | 437.00 | $.008 | $3.50 |
| Cull/filter | GB | 6.54 | $165.000 | $1,078.77 |
| Online review data hosting fee | GB | 8.61 | $16.500 | $142.11 |
| DB Admin/Modification: Load/Transfer/Export Data | HR | 9.50 | $140.000 | $1,330.00 |
| DB Admin/Modification: DB Creation | HR | .30 | $140.000 | $42.00 |
| Review Support: User Support | HR | 2.30 | $140.000 | $322.00 |
| Case Planning & Mgmt: Analysis and Specifications | HR | 14.60 | $140.000 | $2,044.00 |
| Case Planning & Mgmt: Case Communications | HR | 8.00 | $140.000 | $1,120.00 |
| Case Planning & Mgmt: Custom Data Handling | HR | 1.50 | $140.000 | $210.00 |
| Case Planning & Mgmt: Deliverable Prep | HR | 2.90 | $140.000 | $406.00 |
| Data Handling/Staging | HR | .80 | $140.000 | $112.00 |
| Deliverable QA | HR | 4.40 | $140.000 | $616.00 |
| Custom Data Handling | HR | 4.10 | $140.000 | $574.00 |
| Native Processing/Filtering | HR | 3.20 | $140.000 | $448.00 |
| Image Conversion and Export | HR | 4.30 | $140.000 | $602.00 |

Continued



**Invoice #:** 0112819-IN

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| Invoice Date: | June 30, 2014 |
| Customer Number: | 00-MIC |
| Job Reference: | MIC06 |
| Lighthouse Contact: | Josh Stellick |

**Bill to:**

Microsoft Corporation
One Microsoft Way
Building # 8
Redmond    WA    98052

| | |
|---|---|
| Client Matter Number: | 100056918 |
| Ordered By: | |
| Terms: | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Case Planning & Mgmt: Case Communications | HR | 1.60 | $140.000 | $224.00 |

| | |
|---|---|
| Net Invoice: | $12,077.45 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$12,077.45** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



# Lighthouse eDiscovery

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Bill to:**
Microsoft Corporation
One Microsoft Way
Building # 8
Redmond    WA    98052

**Invoice #:** 0113135-IN

**Invoice Date:** July 31, 2014
**Customer Number:** 00-MIC
**Job Reference:** MIC07
**Lighthouse Contact:** Josh Stellick

**Client Matter Number:** 100056918
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Deliverable QA | HR | .50 | $140.000 | $70.00 |
| Case Planning & Mgmt: Deliverable Prep | HR | 1.20 | $140.000 | $168.00 |
| Case Planning & Mgmt: Case Communications | HR | .70 | $140.000 | $98.00 |
| Case Planning & Mgmt: Analysis and Specifications | HR | 2.60 | $140.000 | $364.00 |
| Review Support: User Support | HR | .30 | $140.000 | $42.00 |
| DB Admin/Modification: Load/Transfer/Export Data | HR | .30 | $140.000 | $42.00 |
| DB Admin/Modification: Load/Transfer/Export Data | HR | .50 | $140.000 | $70.00 |
| Online review data hosting fee | GB | 8.90 | $16.500 | $146.85 |
| Electronic Bates number/POD | EA | 6.00 | $.008 | $.05 |
| OCR processing | EA | 1.00 | $.020 | $.02 |
| Native conversion to TIFF/PDF | EA | 6.00 | $.015 | $.09 |

|  |  |
|---|---|
| Net Invoice: | $1,001.01 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$1,001.01** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.