UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN GLAUSER, individually and on behalf of all other similarly situated,

    Plaintiff,

    v.

TWILIO, INC., et al.,

    Defendants.

_____/

No. C 11-2584 PJH

**ORDER RE BILL OF COSTS STIPULATION**

The parties in the above-captioned case have filed a stipulation to extend the "briefing schedule" on defendant's bill of costs. However, Civil Local Rule 54 does not contemplate a "briefing schedule," and sets deadlines only for the filing of a bill of costs and objections. While L.R. 54-4(a) provides that "[t]he Clerk may require and consider further affidavits and documentation as necessary to determine allowable costs," it does not allow the filing of such supplementary material as of right.

Accordingly, the court GRANTS in part and DENIES in part the stipulation. Plaintiff shall have until March 10, 2015 to file his objections to defendant's bill of costs. To the extent that defendant seeks until March 17, 2015 to file supplementary material, the stipulation is denied. If defendant wishes to respond to plaintiff's anticipated objections, it must file an administrative motion seeking leave to file such a response, and must demonstrate good cause to do so.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge